OCT 1 1 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

1   Philip J. Layfield
    c/o Maximum Legal Holdings, LLC
2   8 The Green
    Suite 6426
3   Dover, Delaware 19901
    Telephone: (302) 401-6804
4   phil@maximum.global

5

6   Claimant in Pro Se

7              **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                      **LOS ANGELES DIVISION**

10

| 11 | In re:                                      | Case No.: 2:17-bk-19548-NB |
|    |                    v.                       |                            |
| 12 |                                             | Chapter 11                 |
|    | Layfield & Barrett, APC                     |                            |
| 13 |                                             | Assigned to: Hon. Neil Bason |
|    |          Debtor                             |                            |
| 14 |                                             | Adversary Proc. No._____ |
|    |                                             |                            |
| 15 | Philip James Layfield, an individual,       | **COMPLAINT FOR: 1. DECLARATORY** |
|    | Plaintiff,                                  | **RELIEF; 2. BREACH OF THE COVENANT** |
| 16 |                                             | **OF GOOD FAITH AND FAIR DEALING; 3.** |
|    | vs.                                         | **INTERFERENCE WITH CONTRACTUAL** |
| 17 |                                             | **RELATIONS; 4. INTENTIONAL** |
|    | Richard M. Pachulski, Advanced Legal        | **INTERFERENCE WITH PROSPECTIVE** |
| 18 | Capital, LLC, US Claims Opco, LLC,  DRB      | **ECONOMIC ADVANTAGE; AND 5.** |
|    | Capital, LLC,                               | **NEGLIGENCE** |
| 19 | Defendants                                  |                            |
|    |                                             | **DEMAND FOR JURY TRIAL** |
| 20 |                                             |                            |

21

22                      **INTRODUCTION**

23      1.  Plaintiff, Philip James Layfield ("Layfield"), brings this action against Richard M.

24   Pachulski ("Pachulski"), Advanced Legal, LLC ("AL"), US Claims Opco, LLC ("Opco"),  and

25   DRB Capital, LLC ("DRB") (collectively "Defendants").  Plaintiff Layfield is a resident of the

26   State of Delaware.  As alleged more fully below, federal court jurisdiction of this matter is

27   authorized pursuant to 28 U.S.C. Section 1332(a) because the parties are citizens of different States

28

1   and/or foreign states, and the amount in controversy exceeds $75,000. More specifically, none of

2   the members of the LLC Defendants are Delaware residents. In addition, Layfield files this action

3   as an adversary proceeding in this Bankruptcy Court pursuant to Rule 7001 of the Federal Rules of

4   Bankruptcy Procedure. Pursuant to Local Bankruptcy Rule 7008-1, Layfield avers that the related

5   bankruptcy proceeding, *In re: Layfield & Barrett, APC,* Case No.: 2:17-bk-19548-NB (which was

6   filed as an involuntary petition under Chapter 7 but has since been converted to a Chapter 11

7   proceeding), is pending in this United States Bankruptcy Court for the Central District of

8   California, Los Angeles Division, before the Honorable Neil W. Bason, United States Bankruptcy

9   Judge. Plaintiff, who demands a jury trial and will be filing a Motion for Withdrawal of Reference,

10  does not consent to the entry of final orders or judgments by the Bankruptcy Court.

11      2. Accordingly, as fully set forth below, Maximum Legal Holdings, LLC ("MLH") was a

12  Delaware limited liability company at all relevant times herein. MLH has filed for dissolution in

13  Delaware and as a result of such dissolution, Layfield is the successor-in-interest to MLH.

14  Additionally, MLH has assigned all claims relating to this subject lawsuit to Layfield prior to

15  dissolution.

16      3. Layfield has recently become aware that Defendants have been provided false and

17  misleading information to United States Attorney Mark Aveis, who has threatened to use the false

18  and misleading information provided by Defendants in a wrongful attempt to secure a Superseding

19  Indictment against Layfield. Either Aveis does not understand the law related to this area or he is

20  continuing his desperate attempt to rack up charges false charges against Layfield based on

21  unreliable information, misleading facts, and a perversion of a legal analysis. By virtue of this

22  lawsuit, Layfield will demonstrate that Defendants have utterly failed in their basic duties of care as

23  secured lenders and that Pachulski has improperly created a scenario whereby the other Defendants

24  have somehow given up their rightful claims to fees which they have a perfected lien. The entire

25  scenario is almost implausible, but this lawsuit has become necessary and the relief requested in

26  ripe for determination. Unfortunately for Layfield, he has an obsessed AUSA that does not

27  understand basic business transactions nor does he understand the complicated areas of law relating

28  to those transactions. Hopefully, this lawsuit will be both educational and enlightening for Aveis,

1    who clearly needs an education.

2    ### THE PARTIES, JURISDICTION, AND VENUE

3    3. Defendant Pachulski, a member of the State Bar of California and a California

4    domiciliary, is being sued in his individual capacity and as the Chapter 11 Trustee of Layfield &

5    Barrett, APC.

6    4. Defendant AL is a limited liability company who on information and belief has no

7    members who are Delaware residents.

8    5. Defendant Opco is a limited liability company who on information and belief has no

9    members who are Delaware residents.

10    6. Defendant DRB is a limited liability company who on information and belief has no

11    members who are Delaware residents.

12    7. AL, Opco, and DRB are alter egos of each other.

13    8. The Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 1332(a) because

14    the parties are citizens of different States and/or foreign states, and the amount in controversy

15    exceeds $75,000.00.

16    9. Venue is appropriate pursuant to 28 U.S.C. 1391(b) because it is the principal place of

17    business of L&B, Pachulski and is the location in which a substantial portion of the events at issue

18    occurred.

19    ### FACTUAL BACKGROUND

20    10. On or about April of 2017, the law firm of Layfield & Barrett was in the process of

21    reorganizing and moving cases in order to accomplish its business objectives, which included

22    paying all of its creditors, maximizing its profits and streamlining operations.   As part of this

23    reorganization, L&B formed several new entities, which included both Maximum Legal, LLC and

24    Maximum Legal Holdings, LLC (MLH), which became the 100% owner of L&B.

25    11. L&B had entered into case cost line of credit with Advocate Capital.  Pursuant to that

26    line of credit, L&B was free to use its money for whatever purpose is desired, including paying

27    unlimited compensation to its principals.  At the relevant time Layfield had a base salary of $1

28

1    million per year.

2        12.  L&B was experiencing cash flow shortages, which is typical in any contingent fee law

3    firm, which is why the plaintiff lending business has grown so rapidly over the last 10 years.

4        13.  Up until the Spring of 2017, L&B had received a large amount of referral business from

5    law firms that basically acted as brokers for cases.  These brokers were typically lawyers who had

6    no ability to handle high value complex cases on their own and were nothing more than marketers.

7    L&B became increasingly frustrated with the referral fee business and felt that it was unethical to

8    continue paying large sums of money to law firms that performed virtually no work.

9        14.  One such firm that frequently referred cases to L&B was The Dominguez Firm

10   ("TDF").  TDF specialized in targeted low income spanish speaking clients.  TDF would falsely

11   advertise results in the millions of dollars that TDF claimed were their own results.  These claims

12   were mostly false because TDF would simply refer the cases, stay on as co-counsel and do virtually

13   no work.  Then, once the case resolved, TDF would claim these results in their commercials and

14   websites as their own.

15       15.  TDF has a checkered past.  Juan Dominguez ("Dominguez"), the owner and founder of

16   TDF was previously implicated in what was called a "heinous" scheme to fabricate a lawsuit where

17   Dominguez fabricated a class of plaintiffs to pursue a fraudulent lawsuit against banana croppers.

18   See the LA Times Article dealing with this issue at http://articles.latimes.com/2011/mar/24/local/la-

19   me-dole-20110324.

20       16.  During the Spring of 2017 the relationship between L&B and TDF became strained.  In

21   one particular case, TDF and L&B had signed a Rule 2-200 agreement to split fees on a case which

22   will be referred to as the "Pineda" case.  TDF did not have a representation agreement with the

23   clients, but L&B did.

24       17.  L&B recognized that under California law, because TDF performed no services on

25   behalf of the clients, any 2-200 agreement could be extinguished if the clients agreed to hire a new

26   law firm.  TDF would be left with what's commonly referred to as a quantum meruit, claim which

27   means TDF would get the reasonable value of their services. Because TDF performed no services,

28   they would be entitled to nothing.

1    18. During the Spring of 2017, L&B's general counsel Todd Wakefield was exploring

2    avenues to obtain funding for L&B, ML and MLH. Wakefield took the lead on identifying

3    potential lenders and found the AL, Opco and DRB collectively the "lenders." Wakefield handled

4    each and every interaction with the lenders and arranged all communications. See Exhibit 1 which

5    is a true and correct copy of the email chain between Wakefield and the lenders.

6    19. The total anticipated fee on the Pineda matter was approximately $1.4 million subject to

7    the 2-200 agreement with TDF. Because Advocate maintained a lien on L&B cases, it was

8    determined that L&B could transfer the case to MLH and extinguish the 2-200 agreement with TDF

9    by operation of law. By transferring the case from L&B to MLH, L&B would be entitled to the

10   entire fee as opposed to spliting the fee with TDF. It was anticipated that this would benefit both

11   L&B and MLH because MLH agreed to pay a referral fee back to L&B upon settlement.

12   20. During the period May 2017 to June 2017, each of the clients executed new

13   representation agreements with MLH, thereby extinguishing the TDF referral fee. See the

14   representation agreement attached hereto as Exhibit 2. The *Olsen v. Harbison* (2010) 191 Cal.App.

15   4Th 325, 342 makes it clear that once the client/co-counsel contract ceased to exist, the fee-sharing

16   agreement pursuant to California Rules of Professional Conduct ceased to exist. As a result, when

17   the client signed with MLH, the TDF right to any lien or fee split ceased to exists. TDF could have

18   filed suit against the client in an attempt to enforce a lien or fee, but that too would have failed. The

19   *Fletcher v. Davis* (2004) 33 Cal.4th 61, 66 is controlling in this matter and TDF had no lien that

20   was enforceable.

21   21. The lenders engaged in extensive underwriting on this transaction. They fully

22   investigated L&B, Philip Layfield, MLH and ML. The pulled litigation history, property holdings,

23   credit reports and other background reports. They knew that Advocate Capital had a blanket lien

24   on the L&B cases via a UCC public filing.

25   22. Layfield made no representations to the lenders. As general counsel of L&B, Todd

26   Wakefield handled all communications and basically told Layfield when to sign. See Exhibit 3.

27   23. After Layfield signed, he forwarded the signed client representation agreements to the

28   lenders. See Exhibit 4.

1    24. At the time of signing the Agreements with the lenders, Layfield was in the process of

2    opening an office in Costa Rica to support L&B, ML and MLH.  Layfield knew that he had

3    immediately expenses that needed to be paid out of the funds and was unable to send wires while

4    out of the country from the MLH bank account at Wells Fargo, so he directed the lenders to send

5    the money to his individual bank account.

6    25. Layfield received approximately $700,000 into his individual bank account on our

7    about June 12, 2017.  Of that $700,000, Layfield used approximately $250,000 to pay past due

8    balances to 855 Triallawyers.com KPO Pvt. Ltd. ("855"), which was the back office operation in

9    Bangalore India.   855 was owed a substantial amount of money from L&B and the money was

10   necessary to pay salaries and keep people working.  Layfield used approximately $300,000 of that

11   money to pay client claims and approximately $100,000 to pay other general expenses.  Layfield

12   has heard wild rumors that he pocketed that money for his own personal benefit, which is simply

13   false and preposterous.

14   26. On the same day the money was sent to Layfield, the lenders filed a UCC Financing

15   Statement, which put everyone on notice of the lenders rightful claim to these proceeds.  Of the

16   expected $1.4 million, lenders were entitled to half.  See Exhibit 4.

17   27. From June 13, 2017 through approximately July 30, 2017, Layfield worked with the

18   staff of L&B, ML and MLH to finalize the settlement,  On June 30, 2017 changes of address were

19   filed by an L&B paralegal in coordination with ML personnel.  This was necessary for a variety of

20   reasons.  First, the $3.5 million settlement was only a partial settlement and Layfield intended on

21   continuing to pursue claims against the remaining defendants.  Second, because of the

22   organizational changes occurring with the L&B, ML and MLH reorganization, it was necessary to

23   keep the courts and opposing counsel updated.  See Exhibit 5.

24   28. On July 6, 2017, Layfield coordinated the structured settlements for the clients and

25   arranged for the minor's compromise fee petition to be filed.  See Exhibit 6.

26   29. On July 12, 2017 the bulk of the work was completed on the petitions and it was

27   anticipated that the court would approve checks shortly.  See Exhibit 7.

28   30. Unbeknownst to Layfield. TDF and Layfield former partners were conspiring to harm

1    Layfield and make a false claim that Layfield had abandoned L&B, fled to Costa Rica with millions

2    of dollars in stolen funds in an attempt to steal this entire fee for themselves.  In connection with

3    that scheme, TDF filed notices of lien with the superior court, which were illegal pursuant to the

4    *Fletcher* case.

5    31.  As a result of the illegal liens filed by TDF, the court issued a Proposed Order, which

6    was in violation of well established California law on approximately July 30, 2017.  See Exhibit 8.

7    32.  Also, unbeknownst to Layfield TDF and Wakefield were preparing to wrongfully

8    attempt to force L&B into an involuntary bankruptcy and steal all of the L&B clients.

9    33.  On or about August 3, 2017, TDF was successful with their scheme.

10    34.  Sometime in August 2017, TDF went to the clients and forced them to fire MLH and

11    TDF attempted to force the court and the defendants to direct the proceeds to them in violation of

12    California law.  MLH, at a minimum had a quantum meruit claim for the full value of the

13    settlement and TDF was entitled to nothing by operation of the *Olsen* case.

14    35.  Regardless of TDF's actions or any other party, the lenders had a secured interest in the

15    proceeds and should have been paid in full.

16    36.  On or about August 26, 2017, Richard Pachulski become the Chapter 11 Trustee of

17    L&B.  Pachulski did not have the knowledge or experience to run a plaintiff contingent fee law firm

18    and took the easiest route possible and decided to immediately liquidate the firm and fire all clients.

19    On September 5, 2017, Pachulski filed a motion to permit Pachulski to fire all L&B clients.

20    Without investigating TDF's capabilities, Pachulski carelessly and negligently directed clients to

21    TDF despite Dominguez's banana fiasco.

22    37.  From the period of August 2017 through the present, Pachulski and Dominguez have

23    engaged in a scheme to deprive MLH of its rightful fee and have wronfully split the proceeds for

24    themselves.  Because Pachulski failed to educate himself on 2-200 law or lien law, he handed TDF

25    $500,000 that they were not entitled to.  During this entire period TDF and Pachulski actively

26    conspired to deprive the lenders of their rightful lien.

27    38.  From August 2017 through present, the lenders carelessly and negligently allowed

28    Pachulski and TDF to exercise dominion and control over their secured assets.  As experienced

1   lenders with a perfected security interest, it is unimaginable that the lenders would have allowed

2   this to occur.  Rather than pursue the actual wrongdoers, the lenders fell into the trap of AUSA

3   Aveis' false narrative that Layfield was a criminal.  The reality is that the lenders simply needed to

4   exercise their lawful rights and they would have been paid.  Their loss is the result of their own

5   negligence, their own carelessness and their own failure to mitigate damages and not any wild

6   allegations being made up by Aveis.

7   **COUNT 1 DECLARATORY RELIEF**

8   **(Against All Defendants)**

9   39.  Plaintiff re-alleges and incorporates by reference herein every allegation contained in

10  paragraphs 1 through 38, inclusive as though set forth in full herein.

11  40.  There now exists an  actual controversy relating to the legal rights and duties of

12  Plaintiff, Pachulski and lenders with respect to their entitlement to attorneys' fees and the amount

13  of attorneys' fees arising out of the underlying litigation and settlement, and Plaintiff requests that

14  the Court issue declaratory relief resolving that controversy.

15  41.  There now exists an actual controversy relating to whether Pachulski has any

16  contractual entitlement to fees from the underlying litigation and settlement in light of the failure to

17  obtain a 2-200 from the clients.  As a result, all fees should be payable to MLH.

18  42.  Plaintiff therefore respectfully requests a declaration from the Court providing for the

19  proper allocation of fees from the underlying litigation, which must respect the validity of the

20  lenders secured lien and force Pachulski to pay their rightful claim.

21  **COUNT II-BREACH OF THE COVENANT OF**

22  **GOOD FAITH AND FAIR DEALING**

23  **(Against all  Defendants)**

24  43.    Plaintiff re-alleges and incorporates by reference herein every allegation contained

25  in paragraphs 1 through 42, inclusive as though set forth in full herein.

26  44.    Layfield is the successor in interest to the MLH contracts with Lenders and with

27  MLH's agreements with L&B.

28  45.    Plaintiff was a beneficiary of the contracts with the lenders and with the clients.

1   There is an implied covenant of good faith and fair dealing in the Agreements that lenders will not

2   do anything that will injure the right of Plaintiff to receive the benefits of the agreement.

3       46. Without authorization or permission of Plaintiff, lenders, through its principals

4   abandoned performance under the agreements and chose to wrongfully target Plaintiff for criminal

5   prosecution rather than simply follow California law and collect their rightful money.

6       47. In so doing, lenders unilaterally, and without the agreement of Plaintiff, took action

7   which deprived Plaintiff of the full benefit of the Representation Agreement and lender agreements,

8   by ensuring that the amount available for payment of attorneys' fees would be less than would be

9   available to Plaintiff had lenders and Pachulski not taken such action. 73. As a direct and proximate

10  result of Lender's and Pachulski's actions as alleged above, Plaintiff has been injured and suffered

11  damages in an amount to be proven at trial

12          **COUNT III-INTERFERENCE WITH CONTRACTUAL RELATIONS**

13                    **(Against Pachulski)**

14      48. Plaintiff re-alleges and incorporates by reference herein every allegation contained in

15  paragraphs 1 through 47, inclusive, as though set forth in full herein.

16      49. There was a valid contractual arrangement between Plaintiff, the client and the lenders,

17  of which Pachulski, was aware at all relevant times.

18      50. Pachulski acted intentionally to 1 interfere with the contractual relationship between

19  Plaintiff, the client and the lenders.

20      51. On information and belief, Pachulski took action to induce the clients to terminate the

21  contractual relationship with Plaintiff by, *inter alia*, making false and/or misleading claims

22  regarding Plaintiff fleeing the country, shutting down his law firm, by inducing the clients to take

23  such actions under the premise that the clients may receive a greater recovery than to which the

24  clients were entitled, and by inducing lenders to file a groundless criminal complaint for the

25  purpose of leveraging or extorting a payment of fees to Pachulski and his law firm.

26      52. As a direct and proximate result of the acts and omissions of Pachulski, there was a

27  breach or disruption of the contractual relationship between Plaintiff, the clients and the lenders.

28  This can be easily demonstrated by the simple fact that neither the clients nor the lenders once

1   communicated with Plaintiff once Pachulski infected them with his false narrative.

2   53. As a direct and proximate result of the acts and omissions of Pachulski, Plaintiff was

3   injured and suffered damages in an amount to be proven at trial.

4   54. The aforementioned acts of Pachulski were undertaken knowingly and intentionally and

5   are willful, oppressive, and malicious. Plaintiff is therefore entitled to punitive and exemplary

6   damages from Pachulski, and each of them, in an amount to be fixed by the trier of fact sufficient to

7   punish Defendants and deter others from similar conduct in the future.

8                    **COUNT IV-INTENTIONAL INTERFERENCE WITH**

9                        **PROSPECTIVE ECONOMIC ADVANTAGE**

10   55.  Plaintiff re-alleges and incorporates by reference herein every allegation contained

11   in paragraphs 1 through 54, inclusive, as though set forth in full herein.

12   56. At the time Pachulski engaged in the acts and omissions alleged above, he knew that

13   Plaintiff, the lenders and the clients were in an economic relationship that probably would have

14   resulted in an economic benefit to the Plaintiff.

15   57.  Pachulski acted intentionally to disrupt the relationship between Plaintiff the clients and

16   lender, including through the acts and omissions alleged above.

17   58.  . The acts taken byPachulski constituted misrepresentation and/or other tortious

18   conduct.

19   59.  . As a direct and proximate result of the acts and omissions of Pachulski, the

20   relationship between Plaintiff, the clients and lenders was disrupted.

21   60. As a direct and proximate result of the acts and omissions of Pachulski, Plaintiff was

22   injured and suffered damages in an amount to be proven at trial.

23   61. The above-alleged acts of Pachulski were undertaken knowingly and intentionally and

24   are willful, oppressive, and malicious. Plaintiff is therefore entitled to punitive and exemplary

25   damages from Pachulski and each of them, in an amount to be fixed by the trier of fact sufficient to

26   punish Defendants and deter others from similar conduct in the future.

27

28

1        **COUNT V-NEGLIGENCE**

2        **(Against All Defendants)**

3        62. Plaintiff re-alleges and incorporates by reference herein every allegation contained in

4    paragraphs 1 through 61, inclusive, as though set forth in full herein.

5        63.  Lenders failed to exercise reasonable care in perfecting their lien and securing their

6    rightful proceeds.  They took the advice of people with little to no knowledge like TDF and

7    Pachulski and carelessly relied on poor advise.  As sophisticated lenders, the lenders failed to

8    secure adequate representation knowledgeable in California law to protect their interests.  As a

9    result, they failed to collect their rightful money and now seek to collect from Plaintiff and cause

10   him to be charged criminally.

11       64.  The actions and inactions of Lenders were a substantial factor  in causing Plaintiff's

12   harm.

13       65.  Pachulski failed to exercise reasonable care in administering L&B Settlements.

14   Pachulski failed to read the contracts, which is a basic duty and failed to understand lien law.  As

15   someone who holds himself out to be sophisticated, Pachulski caused harm to Plaintiff by refusing

16   to recognize the contracts signed by Plaintiff which caused Plaintiff harm.

17       66.  As a direct and proximate result of the acts and omissions of Pachulski and the lenders,

18   Plaintiff was injured and suffered damages in an amount to be proven at trial

19

20       **PRAYER FOR RELIEF**

21       WHEREFORE, Plaintiff prays for an award in his favor as follows:

22       1. A declaration determining the entitlement of fees for each of Plaintiff, Pachulski and the

23   lenders and any such other declaratory relief as the Court deems just and proper.

24       2. Special damages pursuant to Plaintiff's Second, Third, Fourth, And Fifth Causes of

25   Action in an amount to be proven at trial;

26       3. Punitive and Exemplary damages pursuant to Plaintiff's Third and Fourth Causes of

27   Action in an amount to be proven or established at trial;

28       4. An award of costs as allowed under applicable law;

1     5.  An award of pre-judgment and post-judgment interest as allowed under applicable law;

2     6.  For such other and further relief as this Court may deem just and proper and that is

3     available to Plaintiff under the law

4

5

6     Dated: September 30, 2018                    */s / Philip J. Layfield*
                                                   Philip Layfield in Pro Per

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>EXHIBIT 1</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sent at:** 6/7/2017 2:38:38 PM

# Fw: Philip Layfield - Pineda minors comps 2

From:  Advanced Legal Capital LLC <advancedlegalcapital@msn.com>
  To:  Philip Layfield <p@maximumlegalservices.com>, Todd D Wakefield <t.wakefield@maximum-legal.com>
  Cc:  bdelorenzo@drbmail.com, vbucar@drbmail.com

Todd and Phil:

Please see below from Brock DeLorenzo. Tomorrow (Thursday 6-8-17) between 9am and 11am PDT
works for him.

Thanks and let us know if there are any changes.


Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Brock DeLorenzo <bdelorenzo@drbmail.com>
**Sent:** Wednesday, June 7, 2017 11:30 AM
**To:** Advanced Legal Capital LLC; Vince.Bucar
**Subject:** RE: Philip Layfield - Pineda minors comps 2

Tomorrow morning works great.  Thank you

---

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:29 PM
**To:** Vince.Bucar <vbucar@usclaims.com>; Brock DeLorenzo <bdelorenzo@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Vince and Brock:
Please see below from Todd Wakefield regarding Phil Layfield's availability for Brock's call. Phil can do it
tomorrow between 9am and 11am PDT. Todd asks that you please call Phil at 949-439-0048, or get

back to Todd and Phil with a number and Phil can dial Brock directly. If you need it Phil's email address is p@maximumlegalservices.com.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 11:19 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan – Phil can do it tomorrow between 9am and 11am PDT. Please call him at 949-439-0048, or get back to us with a number and Phil can dial the underwriter directly. Thanks.

Todd D. Wakefield
CEO


https://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

---

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:13 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Todd:

The attorney underwriter reviewing this request would like to speak with Philip Layfield to complete his normal due diligence. The underwriter's name is Brock DeLorenzo, Associate Counsel with DRB Capital. We are working together on this application and this is standard practice for this type of advance. The sooner this occurs the sooner we can get an approval decision.

Would it be possible to set up such a call between Phil and the underwriter? The call can be scheduled at Phil's convenience. Please let me know via reply email what time and number to call and I will advise Brock to schedule.  If Phil would prefer to call Brock please let me know what time and I will provide his number.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 7:02 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan,

1.  To clarify, I am not the CEO of Maximum Legal Holdings. Phil is the CEO of that entity, which is identified in the documents as the entity to which fees are to be paid directly. I run a different entity. It is related, but distinct. Although I am assisting Phil in getting you the materials needed for the financing, neither I nor the entity of which I am CEO is a participant in this transaction.

2.  We expect to have the fully executed release shortly, and I will forward it to you.

3.  This is being scheduled for confirmation at a meeting of the county board of supervisors, but that has not yet occurred.

4.  We will double check on any missing rep agreements and follow-up with the same.

5.  The court has the discretion to approve, modify or disapprove the minor's comp petitions as it sees fit. However, there is no applicable cap on fees, and no guideline indicating that 40% is not acceptable. On the contrary, in the last two years, we have not seen a single petition denied or modified downward from our standard 40% rate.

6.  I will send you the date for the minors comp hearings.

7.  I don't know of any co-counsel on this case, and the only agreement of Maximum Legal Holdings to share fees that I am aware of is with L&B.

8.  I know nothing about Pesin Trust III or any other entities in which Phil may be involved personally.

Todd D. Wakefield
CEO


https://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United
States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you
have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or
disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for
response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law
firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United
States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with
relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply
that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the
client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Tuesday, June 6, 2017 12:08 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Hi Todd:

Things are progressing well on an expedited basis, and the attorney underwriter has sent me some
issues that need to be addressed prior to requesting final approval:

1.      Will need Todd Wakefield's SSN for searches (as Maximum Legal Holdings LLC is the applicant for
funding and Todd Wakefiled is the CEO of Maximum Legal).

2.      The Release needs to be signed by Layfield, defendant's counsel Cunningham, and a County
representative as listed on the Release – Due to the amount of this request, the investment group
would require a fully executed Release.

3.      Have the Riverside County Board of Supervisors and the CSAC-EIA GL2 Committee approved this
Settlement? If so, please provide that documentation.

4.      Please confirm all clients of the firm in this case and provide all Retainer Agreements for adults
and minors (executed by GALs). As far as the underwriter can determine, the only retainer agreement
provided was signed by Jasmine Pineda and referenced the client as Rosa Pineda only. It appears the
firm was also retained by Elizabeth Edney as Guardian Ad Litem for Jasmine Pineda, Jessica Pineda, and
Esmeralda Pineda. The Release also lists Angelina Montez, by GAL Adriana Blanco; Rosa Pineda; and
Daniel Cortez as well.

5.      Is there a possibility of the Court reducing attorney fees from 40% to a lower number? If so,
what is the worst case scenario?

6.       When is the Court scheduled to hear all petition of minors?

7.       Is there Co Counsel on any of these clients in this settlement? If so, please provide the fee split agreements if applicable.

8.       Also, one administrative point - a search using Philip Layfield's SSN turned up a "Pesin Trust III". Any information on what that might be, or could this be an error based on a transposed SSN?

Please provide your responses to the above via reply email and I will forward to the attorney underwriter. Please let me know if you have any questions.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Monday, June 5, 2017 5:51 PM
**To:** Advanced Legal Capital LLC
**Subject:** Pineda minors comps 2

Jonathan – Here is the second batch of minors comp documents.

Todd D. Wakefield
CEO

https://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

This message and any attachments may contain confidential, proprietary and/or legally-protected information. If you are not the addressee and an intended recipient, please do not read, copy, forward, print, use or disclose this message or any attachments to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

Message 2 of 5

**Sent at:** 6/7/2017 11:42:36 PM

# FW: Philip Layfield - Pineda minors comps 2

From:  Todd D Wakefield <t.wakefield@maximum-legal.com>
  To:  Philip Layfield <p@maximumlegalservices.com>

Phil – I don't know if you want/need to give this guy a different phone number for your call in the morning, but the last couple of times I have tried to call on your 949-439-0048 number, the call has failed to go through. Don't know if there is a problem with that phone, but just want to make sure you're able to get this call from these guys in the morning on the financing since it's important.

**Todd D. Wakefield**
CEO



E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:39 PM

**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>; Philip Layfield <p@maximumlegalservices.com>
**Cc:** Brock DeLorenzo <bdelorenzo@drbmail.com>; Vince Bucar <vbucar@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Todd and Phil:
Please see below from Brock DeLorenzo. Tomorrow (Thursday 6-8-17) between 9am and 11am PDT
works for him.

Thanks and let us know if there are any changes.


Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Brock DeLorenzo <bdelorenzo@drbmail.com>
**Sent:** Wednesday, June 7, 2017 11:30 AM
**To:** Advanced Legal Capital LLC; Vince.Bucar
**Subject:** RE: Philip Layfield - Pineda minors comps 2

Tomorrow morning works great.  Thank you

---

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:29 PM
**To:** Vince.Bucar <vbucar@usclaims.com>; Brock DeLorenzo <bdelorenzo@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Vince and Brock:
Please see below from Todd Wakefield regarding Phil Layfield's availability for Brock's call. Phil can do it
tomorrow between 9am and 11am PDT. Todd asks that you please call Phil at 949-439-0048, or get
back to Todd and Phil with a number and Phil can dial Brock directly. If you need it Phil's email address
is p@maximumlegalservices.com.

Thanks.

Best regards,

Jonathan
President and General Counsel

**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 11:19 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan – Phil can do it tomorrow between 9am and 11am PDT. Please call him at 949-439-0048, or get back to us with a number and Phil can dial the underwriter directly. Thanks.

Todd D. Wakefield
CEO



E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:13 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Todd:
The attorney underwriter reviewing this request would like to speak with Philip Layfield to complete his normal due diligence. The underwriter's name is Brock DeLorenzo, Associate Counsel with DRB Capital. We are working together on this application and this is standard practice for this type of advance. The sooner this occurs the sooner we can get an approval decision.

Would it be possible to set up such a call between Phil and the underwriter? The call can be scheduled at Phil's convenience. Please let me know via reply email what time and number to call and I will advise Brock to schedule.  If Phil would prefer to call Brock please let me know what time and I will provide his number.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 7:02 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan,

1.  To clarify, I am not the CEO of Maximum Legal Holdings. Phil is the CEO of that entity, which is identified in the documents as the entity to which fees are to be paid directly. I run a different entity. It is related, but distinct. Although I am assisting Phil in getting you the materials needed for the financing, neither I nor the entity of which I am CEO is a participant in this transaction.
2.  We expect to have the fully executed release shortly, and I will forward it to you.
3.  This is being scheduled for confirmation at a meeting of the county board of supervisors, but that has not yet occurred.
4.  We will double check on any missing rep agreements and follow-up with the same.
5.  The court has the discretion to approve, modify or disapprove the minor's comp petitions as it sees fit. However, there is no applicable cap on fees, and no guideline indicating that 40% is not acceptable. On the contrary, in the last two years, we have not seen a single petition denied or modified downward from our standard 40% rate.
6.  I will send you the date for the minors comp hearings.
7.  I don't know of any co-counsel on this case, and the only agreement of Maximum Legal Holdings to share fees that I am aware of is with L&B.
8.  I know nothing about Pesin Trust III or any other entities in which Phil may be involved personally.

Todd D. Wakefield
CEO

https://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United
States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you
have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or
disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for
response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law
firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United
States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with
relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply
that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the
client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Tuesday, June 6, 2017 12:08 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Hi Todd:

Things are progressing well on an expedited basis, and the attorney underwriter has sent me some
issues that need to be addressed prior to requesting final approval:

1.      Will need Todd Wakefield's SSN for searches (as Maximum Legal Holdings LLC is the applicant for
funding and Todd Wakefiled is the CEO of Maximum Legal).

2.      The Release needs to be signed by Layfield, defendant's counsel Cunningham, and a County
representative as listed on the Release – Due to the amount of this request, the investment group
would require a fully executed Release.

3.      Have the Riverside County Board of Supervisors and the CSAC-EIA GL2 Committee approved this
Settlement? If so, please provide that documentation.

4.      Please confirm all clients of the firm in this case and provide all Retainer Agreements for adults
and minors (executed by GALs). As far as the underwriter can determine, the only retainer agreement
provided was signed by Jasmine Pineda and referenced the client as Rosa Pineda only. It appears the
firm was also retained by Elizabeth Edney as Guardian Ad Litem for Jasmine Pineda, Jessica Pineda, and
Esmeralda Pineda. The Release also lists Angelina Montez, by GAL Adriana Blanco; Rosa Pineda; and
Daniel Cortez as well.

5.      Is there a possibility of the Court reducing attorney fees from 40% to a lower number? If so,
what is the worst case scenario?

6.      When is the Court scheduled to hear all petition of minors?

7.      Is there Co Counsel on any of these clients in this settlement? If so, please provide the fee split
agreements if applicable.

8.      Also, one administrative point - a search using Philip Layfield's SSN turned up a "Pesin Trust III".
Any information on what that might be, or could this be an error based on a transposed SSN?

Please provide your responses to the above via reply email and I will forward to the attorney

underwriter. Please let me know if you have any questions.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Monday, June 5, 2017 5:51 PM
**To:** Advanced Legal Capital LLC
**Subject:** Pineda minors comps 2

Jonathan — Here is the second batch of minors comp documents.


Todd D. Wakefield
CEO

https://sa.maximum-
legal.com/sa/images/maximum-
legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United
States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you
have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or
disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for
response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law
firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United
States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with
relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply
that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the
client is defined in the terms of the engagement between the Member Firm and the client.

This message and any attachments may contain confidential, proprietary and/or legally-protected
information. If you are not the addressee and an intended recipient, please do not read, copy, forward,
print, use or disclose this message or any attachments to others; also, please notify the sender by replying
to this message, and then delete it from your system. Thank you.

Message 3 of 5

**Sent at:** 6/8/2017 10:13:31 AM

# Re: Philip Layfield - Pineda minors comps 2

From:   Philip Layfield <p@maximumlegalservices.com>
   To:   Todd D Wakefield <t.wakefield@maximum-legal.com>

That hasn't been my cell number for almost 2 years.  It has been forwarding to my actual cell which is 949-616-0831.

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Date:** Wednesday, June 7, 2017 at 8:42 PM
**To:** Philip Layfield <p@maximumlegalservices.com>
**Subject:** FW: Philip Layfield - Pineda minors comps 2

Phil – I don't know if you want/need to give this guy a different phone number for your call in the morning, but the last couple of times I have tried to call on your 949-439-0048 number, the call has failed to go through. Don't know if there is a problem with that phone, but just want to make sure you're able to get this call from these guys in the morning on the financing since it's important.

Todd D. Wakefield
CEO



E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]

**Sent:** Wednesday, June 7, 2017 12:39 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>; Philip Layfield <p@maximumlegalservices.com>
**Cc:** Brock DeLorenzo <bdelorenzo@drbmail.com>; Vince Bucar <vbucar@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Todd and Phil:
Please see below from Brock DeLorenzo. Tomorrow (Thursday 6-8-17) between 9am and 11am
PDT works for him.

Thanks and let us know if there are any changes.


Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Brock DeLorenzo <bdelorenzo@drbmail.com>
**Sent:** Wednesday, June 7, 2017 11:30 AM
**To:** Advanced Legal Capital LLC; Vince.Bucar
**Subject:** RE: Philip Layfield - Pineda minors comps 2

Tomorrow morning works great.  Thank you

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:29 PM
**To:** Vince.Bucar <vbucar@usclaims.com>; Brock DeLorenzo <bdelorenzo@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Vince and Brock:
Please see below from Todd Wakefield regarding Phil Layfield's availability for Brock's call. Phil
can do it tomorrow between 9am and 11am PDT. Todd asks that you please call Phil at 949-439-
0048, or get back to Todd and Phil with a number and Phil can dial Brock directly. If you need
it Phil's email address is p@maximumlegalservices.com.

Thanks.

Best regards,

Jonathan

President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 11:19 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan – Phil can do it tomorrow between 9am and 11am PDT. Please call him at 949-439-0048, or get back
to us with a number and Phil can dial the underwriter directly. Thanks.

Todd D. Wakefield
CEO

ttps://sa.maximum-
legal.com/sa/images/maximum-
legal.png

E-mail: t.wakefield@maximum-legal.com
**Phone:** (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098
• United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal
rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not
copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-
mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the
Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities
(the Member Firms) located throughout the United States to provide legal and other client related professional services. The
Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of
the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with,
or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the
engagement between the Member Firm and the client.

---

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:13 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Todd:
The attorney underwriter reviewing this request would like to speak with Philip Layfield to
complete his normal due diligence. The underwriter's name is Brock DeLorenzo, Associate
Counsel with DRB Capital. We are working together on this application and this is standard
practice for this type of advance. The sooner this occurs the sooner we can get an approval
decision.

Would it be possible to set up such a call between Phil and the underwriter? The call can be
scheduled at Phil's convenience. Please let me know via reply email what time and number to

call and I will advise Brock to schedule.  If Phil would prefer to call Brock please let me know what time and I will provide his number.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 7:02 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan,

1.  To clarify, I am not the CEO of Maximum Legal Holdings. Phil is the CEO of that entity, which is identified in the documents as the entity to which fees are to be paid directly. I run a different entity. It is related, but distinct. Although I am assisting Phil in getting you the materials needed for the financing, neither I nor the entity of which I am CEO is a participant in this transaction.
2.  We expect to have the fully executed release shortly, and I will forward it to you.
3.  This is being scheduled for confirmation at a meeting of the county board of supervisors, but that has not yet occurred.
4.  We will double check on any missing rep agreements and follow-up with the same.
5.  The court has the discretion to approve, modify or disapprove the minor's comp petitions as it sees fit. However, there is no applicable cap on fees, and no guideline indicating that 40% is not acceptable. On the contrary, in the last two years, we have not seen a single petition denied or modified downward from our standard 40% rate.
6.  I will send you the date for the minors comp hearings.
7.  I don't know of any co-counsel on this case, and the only agreement of Maximum Legal Holdings to share fees that I am aware of is with L&B.
8.  I know nothing about Pesin Trust III or any other entities in which Phil may be involved personally.

Todd D. Wakefield
CEO


ttps://sa.maximum-
legal.com/sa/images/maximum-
legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098
• United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Tuesday, June 6, 2017 12:08 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Hi Todd:

Things are progressing well on an expedited basis, and the attorney underwriter has sent me some issues that need to be addressed prior to requesting final approval:

1.      Will need Todd Wakefield's SSN for searches (as Maximum Legal Holdings LLC is the applicant for funding and Todd Wakefiled is the CEO of Maximum Legal).

2.      The Release needs to be signed by Layfield, defendant's counsel Cunningham, and a County representative as listed on the Release – Due to the amount of this request, the investment group would require a fully executed Release.

3.      Have the Riverside County Board of Supervisors and the CSAC-EIA GL2 Committee approved this Settlement? If so, please provide that documentation.

4.      Please confirm all clients of the firm in this case and provide all Retainer Agreements for adults and minors (executed by GALs). As far as the underwriter can determine, the only retainer agreement provided was signed by Jasmine Pineda and referenced the client as Rosa Pineda only. It appears the firm was also retained by Elizabeth Edney as Guardian Ad Litem for Jasmine Pineda, Jessica Pineda, and Esmeralda Pineda. The Release also lists Angelina Montez, by GAL Adriana Blanco; Rosa Pineda; and Daniel Cortez as well.

5.      Is there a possibility of the Court reducing attorney fees from 40% to a lower number? If so, what is the worst case scenario?

6.      When is the Court scheduled to hear all petition of minors?

7.      Is there Co Counsel on any of these clients in this settlement? If so, please provide the

fee split agreements if applicable.

8.      Also, one administrative point - a search using Philip Layfield's SSN turned up a "Pesin Trust III". Any information on what that might be, or could this be an error based on a transposed SSN?

Please provide your responses to the above via reply email and I will forward to the attorney underwriter. Please let me know if you have any questions.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Monday, June 5, 2017 5:51 PM
**To:** Advanced Legal Capital LLC
**Subject:** Pineda minors comps 2

Jonathan – Here is the second batch of minors comp documents.

Todd D. Wakefield
CEO


ttps://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098
• United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

This message and any attachments may contain confidential, proprietary and/or legally-protected information. If you are not the addressee and an intended recipient, please do not read, copy, forward, print, use or disclose this message or any attachments to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

Message 4 of 5

**Sent at:** 6/8/2017 12:33:54 PM

---

# RE: Philip Layfield - Pineda minors comps 2

From:  Vince.Bucar <vbucar@usclaims.com>
   To:  Advanced Legal Capital LLC <advancedlegalcapital@msn.com>, Philip Layfield <p@maximumlegalservices.com>, Todd D Wakefield <t.wakefield@maximum-legal.com>
   Cc:  bdelorenzo@drbmail.com, vbucar@drbmail.com

---

We just called Phil and received a busy signal.  Brock's direct line is 561-279-3094 is he wants to call in.  If not we will try in a little while.

Thanks

Vincent J. Bucar
Sales Manager, USClaims
1625 S. Congress Ave., Suite 200
Delray Beach, FL 33445
www.usclaims.com / 800.717.1000

Direct: 561.982.3472
Fax:    888.491.3613
Email: vbucar@usclaims.com

*Voted Among Best Litigation Funders:*
*National Law Journal, New Jersey Law Journal and The Legal Intelligencer*

Loading image...

Loading image...

<u>Confidentiality Notice</u>: This message, its contents and any attachment is the property of US Claims, and its affiliates and is intended for use only by the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, reading or copying of this communication is strictly prohibited. If you have received this communication in error, please contact US Claims immediately and destroy the material in its entirety, whether electronic or hard copy. Toll-free: 877-872-5246.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:39 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>; p@maximumlegalservices.com
**Cc:** Brock DeLorenzo <bdelorenzo@drbmail.com>; Vince Bucar <vbucar@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Todd and Phil:
Please see below from Brock DeLorenzo. Tomorrow (Thursday 6-8-17) between 9am and 11am PDT works for him.

Thanks and let us know if there are any changes.


Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com


**From:** Brock DeLorenzo <bdelorenzo@drbmail.com>
**Sent:** Wednesday, June 7, 2017 11:30 AM
**To:** Advanced Legal Capital LLC; Vince.Bucar
**Subject:** RE: Philip Layfield - Pineda minors comps 2


Tomorrow morning works great.  Thank you

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:29 PM
**To:** Vince.Bucar <vbucar@usclaims.com>; Brock DeLorenzo <bdelorenzo@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Vince and Brock:
Please see below from Todd Wakefield regarding Phil Layfield's availability for Brock's call. Phil can do it tomorrow between 9am and 11am PDT. Todd asks that you please call Phil at 949-439-0048, or get back to Todd and Phil with a number and Phil can dial Brock directly. If you need it Phil's email address is p@maximumlegalservices.com.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 11:19 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan – Phil can do it tomorrow between 9am and 11am PDT. Please call him at 949-439-0048, or get back to us with a number and Phil can dial the underwriter directly. Thanks.

|

Todd D. Wakefield
CEO

Loading image...

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with

relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:13 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Todd:

The attorney underwriter reviewing this request would like to speak with Philip Layfield to complete his normal due diligence. The underwriter's name is Brock DeLorenzo, Associate Counsel with DRB Capital. We are working together on this application and this is standard practice for this type of advance. The sooner this occurs the sooner we can get an approval decision.

Would it be possible to set up such a call between Phil and the underwriter? The call can be scheduled at Phil's convenience. Please let me know via reply email what time and number to call and I will advise Brock to schedule.  If Phil would prefer to call Brock please let me know what time and I will provide his number.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 7:02 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan,

1.    To clarify, I am not the CEO of Maximum Legal Holdings. Phil is the CEO of that entity, which is identified in the documents as the entity to which fees are to be paid directly. I run a different entity. It is related, but distinct. Although I am assisting Phil in getting you the materials needed for the financing, neither I nor the entity of which I am CEO is a participant in this transaction.
2.    We expect to have the fully executed release shortly, and I will forward it to you.
3.    This is being scheduled for confirmation at a meeting of the county board of supervisors, but that has not yet occurred.

4.   We will double check on any missing rep agreements and follow-up with the same.

5.   The court has the discretion to approve, modify or disapprove the minor's comp petitions as it sees fit. However, there is no applicable cap on fees, and no guideline indicating that 40% is not acceptable. On the contrary, in the last two years, we have not seen a single petition denied or modified downward from our standard 40% rate.

6.   I will send you the date for the minors comp hearings.

7.   I don't know of any co-counsel in this case, and the only agreement of Maximum Legal Holdings to share fees that I am aware of is with L&B.

8.   I know nothing about Pesin Trust III or any other entities in which Phil may be involved personally.

Todd D. Wakefield
CEO

Loading image...

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Tuesday, June 6, 2017 12:08 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Hi Todd:

Things are progressing well on an expedited basis, and the attorney underwriter has sent me some issues that need to be addressed prior to requesting final approval:

1.   Will need Todd Wakefield's SSN for searches (as Maximum Legal Holdings LLC is the applicant for funding and Todd Wakefiled is the CEO of Maximum Legal).

2.   The Release needs to be signed by Layfield, defendant's counsel Cunningham, and a County representative as listed on the Release – Due to the amount of this request, the investment group would require a fully executed Release.

3.   Have the Riverside County Board of Supervisors and the CSAC-EIA GL2 Committee approved this Settlement? If so, please provide that documentation.

4.      Please confirm all clients of the firm in this case and provide all Retainer Agreements for adults and minors (executed by GALs). As far as the underwriter can determine, the only retainer agreement provided was signed by Jasmine Pineda and referenced the client as Rosa Pineda only. It appears the firm was also retained by Elizabeth Edney as Guardian Ad Litem for Jasmine Pineda, Jessica Pineda, and Esmeralda Pineda. The Release also lists Angelina Montez, by GAL Adriana Blanco; Rosa Pineda; and Daniel Cortez as well.

5.      Is there a possibility of the Court reducing attorney fees from 40% to a lower number? If so, what is the worst case scenario?

6.      When is the Court scheduled to hear all petition of minors?

7.      Is there Co Counsel on any of these clients in this settlement? If so, please provide the fee split agreements if applicable.

8.      Also, one administrative point - a search using Philip Layfield's SSN turned up a "Pesin Trust III". Any information on what that might be, or could this be an error based on a transposed SSN?

Please provide your responses to the above via reply email and I will forward to the attorney underwriter. Please let me know if you have any questions.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Monday, June 5, 2017 5:51 PM
**To:** Advanced Legal Capital LLC
**Subject:** Pineda minors comps 2

Jonathan – Here is the second batch of minors comp documents.

Todd D. Wakefield
CEO

Loading image...

E-mail: t.wakefield@maximum-legal.com

Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

This message and any attachments may contain confidential, proprietary and/or legally-protected information. If you are not the addressee and an intended recipient, please do not read, copy, forward, print, use or disclose this message or any attachments to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

This message and any attachments may contain confidential, proprietary and/or legally-protected information. If you are not the addressee and an intended recipient, please do not read, copy, forward, print, use or disclose this message or any attachments to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

Message 5 of 5

Sent at: 6/8/2017 12:35:06 PM

# RE: Philip Layfield - Pineda minors comps 2

From:  Todd D Wakefield <t.wakefield@maximum-legal.com>
  To:  Advanced Legal Capital LLC <advancedlegalcapital@msn.com>, Philip Layfield <p@maximumlegalservices.com>, Vince.Bucar <vbucar@usclaims.com>
  Cc:  bdelorenzo@drbmail.com, vbucar@drbmail.com

Please try again at this number: 949-616-0831. Thanks.

Todd D. Wakefield
CEO



E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United
States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you
have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or
disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for
response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law
firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United
States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with
relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply
that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the
client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Vince.Bucar [mailto:vbucar@usclaims.com]
**Sent:** Thursday, June 8, 2017 10:34 AM
**To:** Advanced Legal Capital LLC <advancedlegalcapital@msn.com>; Todd D Wakefield <t.wakefield@maximum-legal.com>; Philip Layfield <p@maximumlegalservices.com>
**Cc:** Brock DeLorenzo <bdelorenzo@drbmail.com>; Vince Bucar <vbucar@drbmail.com>
**Subject:** RE: Philip Layfield - Pineda minors comps 2

We just called Phil and received a busy signal.  Brock's direct line is 561-279-3094 is he wants to call in.  If not we will try in a little while.

Thanks

Vincent J. Bucar
Sales Manager, USClaims
1625 S. Congress Ave., Suite 200
Delray Beach, FL 33445
www.usclaims.com / 800.717.1000

Direct: 561.982.3472
Fax:    888.491.3613
Email:  vbucar@usclaims.com

*Voted Among Best Litigation Funders:*
*National Law Journal, New Jersey Law Journal and The Legal Intelligencer*

 

Confidentiality Notice: This message, its contents and any attachment is the property of US Claims, and its affiliates and is intended for use only by the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, reading or copying of this communication is strictly prohibited. If you have received this communication in error, please contact US Claims immediately and destroy the material in its entirety, whether electronic or hard copy. Toll-free: 877-872-5246.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:39 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>; p@maximumlegalservices.com
**Cc:** Brock DeLorenzo <bdelorenzo@drbmail.com>; Vince Bucar <vbucar@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Todd and Phil:
Please see below from Brock DeLorenzo. Tomorrow (Thursday 6-8-17) between 9am and 11am PDT works for him.

Thanks and let us know if there are any changes.


Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com


**From:** Brock DeLorenzo <bdelorenzo@drbmail.com>
**Sent:** Wednesday, June 7, 2017 11:30 AM
**To:** Advanced Legal Capital LLC; Vince.Bucar
**Subject:** RE: Philip Layfield - Pineda minors comps 2

Tomorrow morning works great.  Thank you

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 07, 2017 2:29 PM
**To:** Vince.Bucar <vbucar@usclaims.com>; Brock DeLorenzo <bdelorenzo@drbmail.com>
**Subject:** Fw: Philip Layfield - Pineda minors comps 2

Vince and Brock:
Please see below from Todd Wakefield regarding Phil Layfield's availability for Brock's call. Phil can do it tomorrow between 9am and 11am PDT. Todd asks that you please call Phil at 949-439-0048, or get back to Todd and Phil with a number and Phil can dial Brock directly. If you need it Phil's email address is p@maximumlegalservices.com.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 11:19 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan – Phil can do it tomorrow between 9am and 11am PDT. Please call him at 949-439-0048, or get back to us with a number and Phil can dial the underwriter directly. Thanks.

Todd D. Wakefield
CEO


E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861  • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with

relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

---

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Wednesday, June 7, 2017 12:13 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Todd:
The attorney underwriter reviewing this request would like to speak with Philip Layfield to complete his normal due diligence. The underwriter's name is Brock DeLorenzo, Associate Counsel with DRB Capital. We are working together on this application and this is standard practice for this type of advance. The sooner this occurs the sooner we can get an approval decision.

Would it be possible to set up such a call between Phil and the underwriter? The call can be scheduled at Phil's convenience. Please let me know via reply email what time and number to call and I will advise Brock to schedule.  If Phil would prefer to call Brock please let me know what time and I will provide his number.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Wednesday, June 7, 2017 7:02 AM
**To:** Advanced Legal Capital LLC
**Cc:** Philip Layfield
**Subject:** RE: Pineda minors comps 2

Jonathan,

1.    To clarify, I am not the CEO of Maximum Legal Holdings. Phil is the CEO of that entity, which is identified in the documents as the entity to which fees are to be paid directly. I run a different entity. It is related, but distinct. Although I am assisting Phil in getting you the materials needed for the financing, neither I nor the entity of which I am CEO is a participant in this transaction.
2.    We expect to have the fully executed release shortly, and I will forward it to you.
3.    This is being scheduled for confirmation at a meeting of the county board of supervisors, but that has not yet occurred.

4.  We will double check on any missing rep agreements and follow-up with the same.

5.  The court has the discretion to approve, modify or disapprove the minor's comp petitions as it sees fit. However, there is no applicable cap on fees, and no guideline indicating that 40% is not acceptable. On the contrary, in the last two years, we have not seen a single petition denied or modified downward from our standard 40% rate.

6.  I will send you the date for the minors comp hearings.

7.  I don't know of any co-counsel on this case, and the only agreement of Maximum Legal Holdings to share fees that I am aware of is with L&B.

8.  I know nothing about Pesin Trust III or any other entities in which Phil may be involved personally.

Todd D. Wakefield
CEO

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**From:** Advanced Legal Capital LLC [mailto:advancedlegalcapital@msn.com]
**Sent:** Tuesday, June 6, 2017 12:08 PM
**To:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Subject:** Re: Pineda minors comps 2

Hi Todd:

Things are progressing well on an expedited basis, and the attorney underwriter has sent me some issues that need to be addressed prior to requesting final approval:

1.    Will need Todd Wakefield's SSN for searches (as Maximum Legal Holdings LLC is the applicant for funding and Todd Wakefiled is the CEO of Maximum Legal).

2.    The Release needs to be signed by Layfield, defendant's counsel Cunningham, and a County representative as listed on the Release – Due to the amount of this request, the investment group would require a fully executed Release.

3.    Have the Riverside County Board of Supervisors and the CSAC-EIA GL2 Committee approved this Settlement? If so, please provide that documentation.

4.      Please confirm all clients of the firm in this case and provide all Retainer Agreements for adults and minors (executed by GALs). As far as the underwriter can determine, the only retainer agreement provided was signed by Jasmine Pineda and referenced the client as Rosa Pineda only. It appears the firm was also retained by Elizabeth Edney as Guardian Ad Litem for Jasmine Pineda, Jessica Pineda, and Esmeralda Pineda. The Release also lists Angelina Montez, by GAL Adriana Blanco; Rosa Pineda; and Daniel Cortez as well.

5.      Is there a possibility of the Court reducing attorney fees from 40% to a lower number? If so, what is the worst case scenario?

6.      When is the Court scheduled to hear all petition of minors?

7.      Is there Co Counsel on any of these clients in this settlement? If so, please provide the fee split agreements if applicable.

8.      Also, one administrative point - a search using Philip Layfield's SSN turned up a "Pesin Trust III". Any information on what that might be, or could this be an error based on a transposed SSN?

Please provide your responses to the above via reply email and I will forward to the attorney underwriter. Please let me know if you have any questions.

Thanks.

Best regards,

Jonathan
President and General Counsel
**Advanced Legal Capital, LLC | Law Firm Financing Group**
*Specialized Funding and Financing for the Legal Profession*
(o) 855.2JD.FUND (855.253.3863)
(f)  855.238.3299
(e)  advancedlegalcapital@msn.com
(w) www.AdvancedLegalCapital.com

---

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Sent:** Monday, June 5, 2017 5:51 PM
**To:** Advanced Legal Capital LLC
**Subject:** Pineda minors comps 2

Jonathan – Here is the second batch of minors comp documents.

Todd D. Wakefield
CEO

E-mail: t.wakefield@maximum-legal.com

Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United
States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you
have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or
disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for
response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law
firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United
States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with
relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply
that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the
client is defined in the terms of the engagement between the Member Firm and the client.

This message and any attachments may contain confidential, proprietary and/or legally-protected
information. If you are not the addressee and an intended recipient, please do not read, copy, forward,
print, use or disclose this message or any attachments to others; also, please notify the sender by replying
to this message, and then delete it from your system. Thank you.

This message and any attachments may contain confidential, proprietary and/or legally-protected
information. If you are not the addressee and an intended recipient, please do not read, copy, forward,
print, use or disclose this message or any attachments to others; also, please notify the sender by replying
to this message, and then delete it from your system. Thank you.

1

**<u>EXHIBIT 2</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



## AGREEMENT FOR LEGAL SERVICES AND POWER OF ATTORNEY

The undersigned Client hereby retains MAXIMUM LEGAL HOLDINGS, LLC ("MAXIMUM LEGAL") to pursue any meritorious legal actions which said Client may have for injury and loss resulting from the incident which occurred on or about the __14th__ day of __December__, __2014__. This includes mediations, arbitrations and jury trials, and for no other matter. Appeals are specifically excluded.

As compensation for its services, (and in lieu of paying for services on an hourly basis) MAXIMUM LEGAL is to receive attorneys' fees which shall be calculated as follows: (i) if the matter is resolved before filing a lawsuit or formal initiation of legal proceedings, then attorneys' fees will be thirty-three and one third percent (33 1/3%) of any gross recovery; (ii) if the matter is resolved after filing a lawsuit or formal initiation of legal proceedings, but prior to formal designation of expert witnesses, attorneys' fees will be forty percent (40%) of any gross recovery; (iii) if the matter is resolved after the formal designation of expert witnesses, but prior to the commencement of juror selection for trial, attorneys' fees will be forty-five percent (45%) of any gross recovery; and (iv) if the matter is resolved after the times set forth in (i) through (iii) above, then attorneys' fees will be fifty percent (50%) of any gross recovery. If an appeal is necessary and advisable by MAXIMUM LEGAL, a separate agreement must be negotiated and agreed to by MAXIMUM LEGAL for purposes of pursuing an appeal. If collection action on a judgment or settlement is required, MAXIMUM LEGAL has the sole discretion to agree to perform those services, but MAXIMUM LEGAL is not obligated in any manner to pursue collection actions. In the event the settlement involves periodic payments, MAXIMUM LEGAL's fee shall be based upon the present cash value of all gross amounts paid and payable. After reduction for attorneys' fees, monies recovered shall be used to repay costs incurred by MAXIMUM LEGAL, as well as to satisfy unpaid medical and related obligations. MAXIMUM LEGAL may pay, but is not required to pay, all court and associated necessary costs to protect the Client's interests and prosecute the case zealously and within the boundaries of the law, and shall recover such costs only if successful. Costs and expenses that are incurred by MAXIMUM LEGAL commonly include: process server fees, mediation fees, medical records retrieval fees, messenger and other delivery fees, photocopying and other reproduction costs, photographs, postage, travel expenses, court and other agency filing fees and other charges, court reporters fees, long-distance telephone charges, consultant and expert witness fees, investigation work, whether performed by independent or in-house investigators, depositions, subpoenas, parking, facsimiles, electronic research, and jury fees. At its discretion, MAXIMUM LEGAL may elect to employ the services of experts, investigators and others on the Client's behalf. If certain services described in Table A below are performed by MAXIMUM LEGAL, Client agrees to compensate MAXIMUM LEGAL at the rates set forth in the table. If MAXIMUM LEGAL makes a recommendation to Client regarding a settlement and Client refuses to accept the settlement MAXIMUM LEGAL is recommending, then MAXIMUM LEGAL may estimate all costs required to pursue Client's case through trial and Client agrees to deposit with MAXIMUM LEGAL the costs estimated to pursue Client's case through trial within twenty days of MAXIMUM LEGAL requesting that Client deposit said funds. If Client refuses to or is unable to deposit the estimated costs, Client agrees

that Client will be in material breach of this Agreement and that MAXIMUM LEGAL may immediately withdraw as counsel and MAXIMUM LEGAL will be able to place a lien on any future recovery for all attorney's fees and costs.

TABLE A

| | |
|---|---|
| - black and white copies, prints and scans $0.25 per page; | - messenger services $100 per delivery; |
| - color copies, color prints and color scans $1.00 per page; | - investigative hourly charges $75 per hour; |
| | - mileage .75 per mile; |
| - initial file administration set up fee $300; | - same day court deliveries $100; |
| - background checks through Westlaw's Service $350 per search; | - use of Projectors, Elmos, and A/V equipment; |
| | - $100 per day for trial, mediation or arbitration; |
| - process server charges $100 per serve; | - commercial airline tickets at actual costs (flights over two hours are business class only); |
| - mediation Video Production $5,000; | |
| - trial Opening Presentations $2,500; LEGAL subscribes); | - general aviation travel at $1000 per round trip (via private air service to which MAXIMUM |
| - trial Closing Presentations $2,500; | - deposition Summaries $2 per page; |
| - field Investigative Photo Report $1,000; | - e-discovery processing to TIFF or pdf $.05/page; |
| - medical Record Summaries $2 per page | |

Client authorizes MAXIMUM LEGAL to deduct any costs incurred and/or advanced on Client's behalf to prosecute the case, commonly referred to as legal costs, from Client's percentage share of any settlement, judgment, arbitration or mediation, or any other source of recovery, including, but not limited amounts attributable to health insurance, medical benefits or property damage. Client acknowledges and agrees that MAXIMUM LEGAL may borrow funds to pay the costs and expenses referred to above, and that in addition to costs and expenses, Client agrees that interest charges and related expenses MAXIMUM LEGAL incurs in connection with such borrowings, will also be deducted following calculation of MAXIMUM LEGAL's fees. Client agrees that MAXIMUM LEGAL shall have a lien on all monies recovered to secure payment of MAXIMUM LEGAL's fees. This agreement does not contemplate the handling of any other matter unrelated to the action as stated in the first paragraph above.

The contingency fee rates set forth above are the maximum limits for this contingency fee agreement allowed by statute, and that the attorney and Client may negotiate a lower rate. MAXIMUM LEGAL maintains professional liability insurance coverage within the statutory requirements for the services to be rendered on Client's behalf.

Client hereby appoints MAXIMUM LEGAL as true and lawful attorneys for Client and in Client's name, place and stead to act for Client with full power and authority to perform every act requisite and necessary to Client's claim. Client authorizes MAXIMUM LEGAL to make medical payments and make or receive health insurance claim payments on Client's behalf and to utilize this power of attorney to cause said funds to be deposited in trust until the conclusion of the case. Client also authorizes MAXIMUM LEGAL to sign settlement releases on behalf of Client and to sign, endorse, execute and deposit gross settlement checks on behalf of Client.

Client authorizes MAXIMUM LEGAL to pay directly from Client's share of any judgment, settlement, arbitration, mediation, award or other recovery any outstanding medical bills(s) and/or lien(s).

Client authorizes MAXIMUM LEGAL to exercise its best judgment and expertise to pursue or otherwise resolve Client's case to the best interest of Client.  Client authorizes MAXIMUM LEGAL to elect arbitration, mediation, and/or binding arbitration, if MAXIMUM LEGAL deems it appropriate.  Client also agrees that MAXIMUM LEGAL will have sole discretion regarding trial strategy, including but not limited to calling of witnesses, introduction of evidence, staffing of attorneys at trial and jury profiling and selection.

Client acknowledges that MAXIMUM LEGAL has not made promises or guarantees of any kind and all expressions relative thereto are matters of opinion only.  Client and MAXIMUM LEGAL agree that prior to filing any lawsuit in any court arising out of or related in any way to the subject matter of this agreement, the parties shall have attempted not less than two (2) separate half-day or longer mediations conducted by Judicate West in Orange County, California. MAXIMUM LEGAL agrees to pay all reasonable mediator and facility fees incurred in connection with such mediation attempts.

In the event of discharge, Client's withdrawal, Client's failure to cooperate, or substitution of attorney, MAXIMUM LEGAL shall have a lien on any recovery of money for reasonable attorneys' fees and for cost advances, for the reasonable value of legal services based on the above percentage or an hourly rate of $650 per hour, whichever is higher.  MAXIMUM LEGAL may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California.

**IN THE EVENT THERE IS NO RECOVERY, ATTORNEYS SHALL RECEIVE NO COMPENSATION FOR THEIR SERVICES.**  This agreement contemplates no services after trial. This contract does not include or cover appeal(s), defenses, disputes with medical providers, reduction of liens, workers' compensation benefits, and social security or other government benefits.  Client, whose signature appears below, acknowledges receipt of a copy of this Retainer for Legal Services and Power of Attorney.

**WARNING: A false claim may bring criminal penalties.  WARNING: If you lose, you may be required to pay the other party's court costs and/or attorneys' fees.**

DATED:    **6-8-2017**   CLIENT: _Adrian Bahena_

DATED: 6/8/2017            MAXIMUM LEGAL HOLDINGS, LLC: _[signature]_

3



## AGREEMENT FOR LEGAL SERVICES AND POWER OF ATTORNEY

The undersigned Client hereby retains MAXIMUM LEGAL HOLDINGS, LLC ("MAXIMUM LEGAL") to pursue any meritorious legal actions which said Client may have for injury and loss resulting from the incident which occurred on or about the __14th__ day of __December__, __2014__. This includes mediations, arbitrations and jury trials, and for no other matter. Appeals are specifically excluded.

As compensation for its services, (and in lieu of paying for services on an hourly basis) MAXIMUM LEGAL is to receive attorneys' fees which shall be calculated as follows: (i) if the matter is resolved before filing a lawsuit or formal initiation of legal proceedings, then attorneys' fees will be thirty-three and one third percent (33 1/3%) of any gross recovery; (ii) if the matter is resolved after filing a lawsuit or formal initiation of legal proceedings, but prior to formal designation of expert witnesses, attorneys' fees will be forty percent (40%) of any gross recovery; (iii) if the matter is resolved after the formal designation of expert witnesses, but prior to the commencement of juror selection for trial, attorneys' fees will be forty-five percent (45%) of any gross recovery; and (iv) if the matter is resolved after the times set forth in (i) through (iii) above, then attorneys' fees will be fifty percent (50%) of any gross recovery. If an appeal is necessary and advisable by MAXIMUM LEGAL, a separate agreement must be negotiated and agreed to by MAXIMUM LEGAL for purposes of pursuing an appeal. If collection action on a judgment or settlement is required, MAXIMUM LEGAL has the sole discretion to agree to perform those services, but MAXIMUM LEGAL is not obligated in any manner to pursue collection actions. In the event the settlement involves periodic payments, MAXIMUM LEGAL's fee shall be based upon the present cash value of all gross amounts paid and payable. After reduction for attorneys' fees, monies recovered shall be used to repay costs incurred by MAXIMUM LEGAL, as well as to satisfy unpaid medical and related obligations. MAXIMUM LEGAL may pay, but is not required to pay, all court and associated necessary costs to protect the Client's interests and prosecute the case zealously and within the boundaries of the law, and shall recover such costs only if successful. Costs and expenses that are incurred by MAXIMUM LEGAL commonly include: process server fees, mediation fees, medical records retrieval fees, messenger and other delivery fees, photocopying and other reproduction costs, photographs, postage, travel expenses, court and other agency filing fees and other charges, court reporters fees, long-distance telephone charges, consultant and expert witness fees, investigation work, whether performed by independent or in-house investigators, depositions, subpoenas, parking, facsimiles, electronic research, and jury fees. At its discretion, MAXIMUM LEGAL may elect to employ the services of experts, investigators and others on the Client's behalf. If certain services described in Table A below are performed by MAXIMUM LEGAL, Client agrees to compensate MAXIMUM LEGAL at the rates set forth in the table. If MAXIMUM LEGAL makes a recommendation to Client regarding a settlement and Client refuses to accept the settlement MAXIMUM LEGAL is recommending, then MAXIMUM LEGAL may estimate all costs required to pursue Client's case through trial and Client agrees to deposit with MAXIMUM LEGAL the costs estimated to pursue Client's case through trial within twenty days of MAXIMUM LEGAL requesting that Client deposit said funds. If Client refuses to or is unable to deposit the estimated costs, Client agrees

that Client will be in material breach of this Agreement and that MAXIMUM LEGAL may immediately withdraw as counsel and MAXIMUM LEGAL will be able to place a lien on any future recovery for all attorney's fees and costs.

TABLE A

- black and white copies, prints and scans $0.25 per page;
- color copies, color prints and color scans $1.00 per page;
- initial file administration set up fee $300;
- background checks through Westlaw's Service $350 per search;
- process server charges $100 per serve;
- mediation Video Production $5,000;
- trial Opening Presentations $2,500; LEGAL subscribes);
- trial Closing Presentations $2,500;
- field Investigative Photo Report $1,000;
- medical Record Summaries $2 per page

- messenger services $100 per delivery;
- investigative hourly charges $75 per hour;
- mileage .75 per mile;
- same day court deliveries $100;
- use of Projectors, Elmos, and A/V equipment;
- $100 per day for trial, mediation or arbitration;
- commercial airline tickets at actual costs (flights over two hours are business class only);
- general aviation travel at $1000 per round trip (via private air service to which MAXIMUM

- deposition Summaries $2 per page;
- e-discovery processing to TIFF or pdf $.05/page;

Client authorizes MAXIMUM LEGAL to deduct any costs incurred and/or advanced on Client's behalf to prosecute the case, commonly referred to as legal costs, from Client's percentage share of any settlement, judgment, arbitration or mediation, or any other source of recovery, including, but not limited amounts attributable to health insurance, medical benefits or property damage. Client acknowledges and agrees that MAXIMUM LEGAL may borrow funds to pay the costs and expenses referred to above, and that in addition to costs and expenses, Client agrees that interest charges and related expenses MAXIMUM LEGAL incurs in connection with such borrowings, will also be deducted following calculation of MAXIMUM LEGAL's fees. Client agrees that MAXIMUM LEGAL shall have a lien on all monies recovered to secure payment of MAXIMUM LEGAL's fees. This agreement does not contemplate the handling of any other matter unrelated to the action as stated in the first paragraph above.

The contingency fee rates set forth above are the maximum limits for this contingency fee agreement allowed by statute, and that the attorney and Client may negotiate a lower rate. MAXIMUM LEGAL maintains professional liability insurance coverage within the statutory requirements for the services to be rendered on Client's behalf.

Client hereby appoints MAXIMUM LEGAL as true and lawful attorneys for Client and in Client's name, place and stead to act for Client with full power and authority to perform every act requisite and necessary to Client's claim. Client authorizes MAXIMUM LEGAL to make medical payments and make or receive health insurance claim payments on Client's behalf and to utilize this power of attorney to cause said funds to be deposited in trust until the conclusion of the case. Client also authorizes MAXIMUM LEGAL to sign settlement releases on behalf of Client and to sign, endorse, execute and deposit gross settlement checks on behalf of Client.

2

Client authorizes MAXIMUM LEGAL to pay directly from Client's share of any judgment, settlement, arbitration, mediation, award or other recovery any outstanding medical bills(s) and/or lien(s).

Client authorizes MAXIMUM LEGAL to exercise its best judgment and expertise to pursue or otherwise resolve Client's case to the best interest of Client.  Client authorizes MAXIMUM LEGAL to elect arbitration, mediation, and/or binding arbitration, if MAXIMUM LEGAL deems it appropriate.  Client also agrees that MAXIMUM LEGAL will have sole discretion regarding trial strategy, including but not limited to calling of witnesses, introduction of evidence, staffing of attorneys at trial and jury profiling and selection.

Client acknowledges that MAXIMUM LEGAL has not made promises or guarantees of any kind and all expressions relative thereto are matters of opinion only.  Client and MAXIMUM LEGAL agree that prior to filing any lawsuit in any court arising out of or related in any way to the subject matter of this agreement, the parties shall have attempted not less than two (2) separate half-day or longer mediations conducted by Judicate West in Orange County, California. MAXIMUM LEGAL agrees to pay all reasonable mediator and facility fees incurred in connection with such mediation attempts.

In the event of discharge, Client's withdrawal, Client's failure to cooperate, or substitution of attorney, MAXIMUM LEGAL shall have a lien on any recovery of money for reasonable attorneys' fees and for cost advances, for the reasonable value of legal services based on the above percentage or an hourly rate of $650 per hour, whichever is higher.  MAXIMUM LEGAL may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California.

**IN THE EVENT THERE IS NO RECOVERY, ATTORNEYS SHALL RECEIVE NO COMPENSATION FOR THEIR SERVICES.** This agreement contemplates no services after trial. This contract does not include or cover appeal(s), defenses, disputes with medical providers, reduction of liens, workers' compensation benefits, and social security or other government benefits.  Client, whose signature appears below, acknowledges receipt of a copy of this Retainer for Legal Services and Power of Attorney.

**WARNING: A false claim may bring criminal penalties. WARNING: If you lose, you may be required to pay the other party's court costs and/or attorneys' fees.**

DATED: Jun 9, 2017        CLIENT: _____

DATED: June 9, 2017        MAXIMUM LEGAL HOLDINGS, LLC: _____

3



## AGREEMENT FOR LEGAL SERVICES AND POWER OF ATTORNEY

The undersigned Client hereby retains MAXIMUM LEGAL HOLDINGS, LLC ("MAXIMUM LEGAL") to pursue any meritorious legal actions which said Client may have for injury and loss resulting from the incident which occurred on or about the ___14th___ day of ___December___, ___2014___. This includes mediations, arbitrations and jury trials, and for no other matter. Appeals are specifically excluded.

As compensation for its services, (and in lieu of paying for services on an hourly basis) MAXIMUM LEGAL is to receive attorneys' fees which shall be calculated as follows: (i) if the matter is resolved before filing a lawsuit or formal initiation of legal proceedings, then attorneys' fees will be thirty-three and one third percent (33 1/3%) of any gross recovery; (ii) if the matter is resolved after filing a lawsuit or formal initiation of legal proceedings, but prior to formal designation of expert witnesses, attorneys' fees will be forty percent (40%) of any gross recovery; (iii) if the matter is resolved after the formal designation of expert witnesses, but prior to the commencement of juror selection for trial, attorneys' fees will be forty-five percent (45%) of any gross recovery; and (iv) if the matter is resolved after the times set forth in (i) through (iii) above, then attorneys' fees will be fifty percent (50%) of any gross recovery. If an appeal is necessary and advisable by MAXIMUM LEGAL, a separate agreement must be negotiated and agreed to by MAXIMUM LEGAL for purposes of pursuing an appeal. If collection action on a judgment or settlement is required, MAXIMUM LEGAL has the sole discretion to agree to perform those services, but MAXIMUM LEGAL is not obligated in any manner to pursue collection actions. In the event the settlement involves periodic payments, MAXIMUM LEGAL's fee shall be based upon the present cash value of all gross amounts paid and payable. After reduction for attorneys' fees, monies recovered shall be used to repay costs incurred by MAXIMUM LEGAL, as well as to satisfy unpaid medical and related obligations. MAXIMUM LEGAL may pay, but is not required to pay, all court and associated necessary costs to protect the Client's interests and prosecute the case zealously and within the boundaries of the law, and shall recover such costs only if successful. Costs and expenses that are incurred by MAXIMUM LEGAL commonly include: process server fees, mediation fees, medical records retrieval fees, messenger and other delivery fees, photocopying and other reproduction costs, photographs, postage, travel expenses, court and other agency filing fees and other charges, court reporters fees, long-distance telephone charges, consultant and expert witness fees, investigation work, whether performed by independent or in-house investigators, depositions, subpoenas, parking, facsimiles, electronic research, and jury fees. At its discretion, MAXIMUM LEGAL may elect to employ the services of experts, investigators and others on the Client's behalf. If certain services described in Table A below are performed by MAXIMUM LEGAL, Client agrees to compensate MAXIMUM LEGAL at the rates set forth in the table. If MAXIMUM LEGAL makes a recommendation to Client regarding a settlement and Client refuses to accept the settlement MAXIMUM LEGAL is recommending, then MAXIMUM LEGAL may estimate all costs required to pursue Client's case through trial and Client agrees to deposit with MAXIMUM LEGAL the costs estimated to pursue Client's case through trial within twenty days of MAXIMUM LEGAL requesting that Client deposit said funds. If Client refuses to or is unable to deposit the estimated costs, Client agrees

that Client will be in material breach of this Agreement and that MAXIMUM LEGAL may immediately withdraw as counsel and MAXIMUM LEGAL will be able to place a lien on any future recovery for all attorney's fees and costs.

TABLE A

- black and white copies, prints and scans $0.25 per page;
- color copies, color prints and color scans $1.00 per page;
- initial file administration set up fee $300;
- background checks through Westlaw's Service $350 per search;
- process server charges $100 per serve;
- mediation Video Production $5,000;
- trial Opening Presentations $2,500; LEGAL subscribes);
- trial Closing Presentations $2,500;
- field Investigative Photo Report $1,000;
- medical Record Summaries $2 per page

- messenger services $100 per delivery;
- investigative hourly charges $75 per hour;
- mileage .75 per mile;
- same day court deliveries $100;
- use of Projectors, Elmos, and A/V equipment; $100 per day for trial, mediation or arbitration;
- commercial airline tickets at actual costs (flights over two hours are business class only);
- general aviation travel at $1000 per round trip (via private air service to which MAXIMUM
- deposition Summaries $2 per page;
- e-discovery processing to TIFF or pdf $.05/page;

Client authorizes MAXIMUM LEGAL to deduct any costs incurred and/or advanced on Client's behalf to prosecute the case, commonly referred to as legal costs, from Client's percentage share of any settlement, judgment, arbitration or mediation, or any other source of recovery, including, but not limited amounts attributable to health insurance, medical benefits or property damage. Client acknowledges and agrees that MAXIMUM LEGAL may borrow funds to pay the costs and expenses referred to above, and that in addition to costs and expenses, Client agrees that interest charges and related expenses MAXIMUM LEGAL incurs in connection with such borrowings, will also be deducted following calculation of MAXIMUM LEGAL's fees. Client agrees that MAXIMUM LEGAL shall have a lien on all monies recovered to secure payment of MAXIMUM LEGAL's fees. This agreement does not contemplate the handling of any other matter unrelated to the action as stated in the first paragraph above.

The contingency fee rates set forth above are the maximum limits for this contingency fee agreement allowed by statute, and that the attorney and Client may negotiate a lower rate. MAXIMUM LEGAL maintains professional liability insurance coverage within the statutory requirements for the services to be rendered on Client's behalf.

Client hereby appoints MAXIMUM LEGAL as true and lawful attorneys for Client and in Client's name, place and stead to act for Client with full power and authority to perform every act requisite and necessary to Client's claim. Client authorizes MAXIMUM LEGAL to make medical payments and make or receive health insurance claim payments on Client's behalf and to utilize this power of attorney to cause said funds to be deposited in trust until the conclusion of the case. Client also authorizes MAXIMUM LEGAL to sign settlement releases on behalf of Client and to sign, endorse, execute and deposit gross settlement checks on behalf of Client.

2

Client authorizes MAXIMUM LEGAL to pay directly from Client's share of any judgment, settlement, arbitration, mediation, award or other recovery any outstanding medical bills(s) and/or lien(s).

Client authorizes MAXIMUM LEGAL to exercise its best judgment and expertise to pursue or otherwise resolve Client's case to the best interest of Client.  Client authorizes MAXIMUM LEGAL to elect arbitration, mediation, and/or binding arbitration, if MAXIMUM LEGAL deems it appropriate.  Client also agrees that MAXIMUM LEGAL will have sole discretion regarding trial strategy, including but not limited to calling of witnesses, introduction of evidence, staffing of attorneys at trial and jury profiling and selection.

Client acknowledges that MAXIMUM LEGAL has not made promises or guarantees of any kind and all expressions relative thereto are matters of opinion only. Client and MAXIMUM LEGAL agree that prior to filing any lawsuit in any court arising out of or related in any way to the subject matter of this agreement, the parties shall have attempted not less than two (2) separate half-day or longer mediations conducted by Judicate West in Orange County, California. MAXIMUM LEGAL agrees to pay all reasonable mediator and facility fees incurred in connection with such mediation attempts.

In the event of discharge, Client's withdrawal, Client's failure to cooperate, or substitution of attorney, MAXIMUM LEGAL shall have a lien on any recovery of money for reasonable attorneys' fees and for cost advances, for the reasonable value of legal services based on the above percentage or an hourly rate of $650 per hour, whichever is higher.  MAXIMUM LEGAL may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California.

**IN THE EVENT THERE IS NO RECOVERY, ATTORNEYS SHALL RECEIVE NO COMPENSATION FOR THEIR SERVICES.** This agreement contemplates no services after trial. This contract does not include or cover appeal(s), defenses, disputes with medical providers, reduction of liens, workers' compensation benefits, and social security or other government benefits.  Client, whose signature appears below, acknowledges receipt of a copy of this Retainer for Legal Services and Power of Attorney.

**WARNING: A false claim may bring criminal penalties. WARNING: If you lose, you may be required to pay the other party's court costs and/or attorneys' fees.**

DATED: Jun 9, 2017          CLIENT: _____

DATED: June 9, 2017          MAXIMUM LEGAL HOLDINGS, LLC: _____

3



## AGREEMENT FOR LEGAL SERVICES AND POWER OF ATTORNEY

The undersigned Client hereby retains MAXIMUM LEGAL HOLDINGS, LLC ("MAXIMUM LEGAL") to pursue any meritorious legal actions which said Client may have for injury and loss resulting from the incident which occurred on or about the __14th__ day of __December__, __2014__. This includes mediations, arbitrations and jury trials, and for no other matter. Appeals are specifically excluded.

As compensation for its services, (and in lieu of paying for services on an hourly basis) MAXIMUM LEGAL is to receive attorneys' fees which shall be calculated as follows: (i) if the matter is resolved before filing a lawsuit or formal initiation of legal proceedings, then attorneys' fees will be thirty-three and one third percent (33 1/3%) of any gross recovery; (ii) if the matter is resolved after filing a lawsuit or formal initiation of legal proceedings, but prior to formal designation of expert witnesses, attorneys' fees will be forty percent (40%) of any gross recovery; (iii) if the matter is resolved after the formal designation of expert witnesses, but prior to the commencement of juror selection for trial, attorneys' fees will be forty-five percent (45%) of any gross recovery; and (iv) if the matter is resolved after the times set forth in (i) through (iii) above, then attorneys' fees will be fifty percent (50%) of any gross recovery. If an appeal is necessary and advisable by MAXIMUM LEGAL, a separate agreement must be negotiated and agreed to by MAXIMUM LEGAL for purposes of pursuing an appeal. If collection action on a judgment or settlement is required, MAXIMUM LEGAL has the sole discretion to agree to perform those services, but MAXIMUM LEGAL is not obligated in any manner to pursue collection actions. In the event the settlement involves periodic payments, MAXIMUM LEGAL's fee shall be based upon the present cash value of all gross amounts paid and payable. After reduction for attorneys' fees, monies recovered shall be used to repay costs incurred by MAXIMUM LEGAL, as well as to satisfy unpaid medical and related obligations. MAXIMUM LEGAL may pay, but is not required to pay, all court and associated necessary costs to protect the Client's interests and prosecute the case zealously and within the boundaries of the law, and shall recover such costs only if successful. Costs and expenses that are incurred by MAXIMUM LEGAL commonly include: process server fees, mediation fees, medical records retrieval fees, messenger and other delivery fees, photocopying and other reproduction costs, photographs, postage, travel expenses, court and other agency filing fees and other charges, court reporters fees, long-distance telephone charges, consultant and expert witness fees, investigation work, whether performed by independent or in-house investigators, depositions, subpoenas, parking, facsimiles, electronic research, and jury fees. At its discretion, MAXIMUM LEGAL may elect to employ the services of experts, investigators and others on the Client's behalf. If certain services described in Table A below are performed by MAXIMUM LEGAL, Client agrees to compensate MAXIMUM LEGAL at the rates set forth in the table. If MAXIMUM LEGAL makes a recommendation to Client regarding a settlement and Client refuses to accept the settlement MAXIMUM LEGAL is recommending, then MAXIMUM LEGAL may estimate all costs required to pursue Client's case through trial and Client agrees to deposit with MAXIMUM LEGAL the costs estimated to pursue Client's case through trial within twenty days of MAXIMUM LEGAL requesting that Client deposit said funds. If Client refuses to or is unable to deposit the estimated costs, Client agrees

that Client will be in material breach of this Agreement and that MAXIMUM LEGAL may immediately withdraw as counsel and MAXIMUM LEGAL will be able to place a lien on any future recovery for all attorney's fees and costs.

<u>TABLE A</u>

- black and white copies, prints and scans $0.25 per page;
- color copies, color prints and color scans $1.00 per page;
- initial file administration set up fee $300;
- background checks through Westlaw's Service $350 per search;
- process server charges $100 per serve;
- mediation Video Production $5,000;
- trial Opening Presentations $2,500; LEGAL subscribes);
- trial Closing Presentations $2,500;
- field Investigative Photo Report $1,000;
- medical Record Summaries $2 per page

- messenger services $100 per delivery;
- investigative hourly charges $75 per hour;
- mileage .75 per mile;
- same day court deliveries $100;
- use of Projectors, Elmos, and A/V equipment;
- $100 per day for trial, mediation or arbitration;
- commercial airline tickets at actual costs (flights over two hours are business class only);
- general aviation travel at $1000 per round trip (via private air service to which MAXIMUM

- deposition Summaries $2 per page;
- e-discovery processing to TIFF or pdf $.05/page;

Client authorizes MAXIMUM LEGAL to deduct any costs incurred and/or advanced on Client's behalf to prosecute the case, commonly referred to as legal costs, from Client's percentage share of any settlement, judgment, arbitration or mediation, or any other source of recovery, including, but not limited amounts attributable to health insurance, medical benefits or property damage. Client acknowledges and agrees that MAXIMUM LEGAL may borrow funds to pay the costs and expenses referred to above, and that in addition to costs and expenses, Client agrees that interest charges and related expenses MAXIMUM LEGAL incurs in connection with such borrowings, will also be deducted following calculation of MAXIMUM LEGAL's fees. Client agrees that MAXIMUM LEGAL shall have a lien on all monies recovered to secure payment of MAXIMUM LEGAL's fees. This agreement does not contemplate the handling of any other matter unrelated to the action as stated in the first paragraph above.

The contingency fee rates set forth above are the maximum limits for this contingency fee agreement allowed by statute, and that the attorney and Client may negotiate a lower rate. MAXIMUM LEGAL maintains professional liability insurance coverage within the statutory requirements for the services to be rendered on Client's behalf.

Client hereby appoints MAXIMUM LEGAL as true and lawful attorneys for Client and in Client's name, place and stead to act for Client with full power and authority to perform every act requisite and necessary to Client's claim. Client authorizes MAXIMUM LEGAL to make medical payments and make or receive health insurance claim payments on Client's behalf and to utilize this power of attorney to cause said funds to be deposited in trust until the conclusion of the case. Client also authorizes MAXIMUM LEGAL to sign settlement releases on behalf of Client and to sign, endorse, execute and deposit gross settlement checks on behalf of Client.

Client authorizes MAXIMUM LEGAL to pay directly from Client's share of any judgment, settlement, arbitration, mediation, award or other recovery any outstanding medical bills(s) and/or lien(s).

Client authorizes MAXIMUM LEGAL to exercise its best judgment and expertise to pursue or otherwise resolve Client's case to the best interest of Client. Client authorizes MAXIMUM LEGAL to elect arbitration, mediation, and/or binding arbitration, if MAXIMUM LEGAL deems it appropriate. Client also agrees that MAXIMUM LEGAL will have sole discretion regarding trial strategy, including but not limited to calling of witnesses, introduction of evidence, staffing of attorneys at trial and jury profiling and selection.

Client acknowledges that MAXIMUM LEGAL has not made promises or guarantees of any kind and all expressions relative thereto are matters of opinion only. Client and MAXIMUM LEGAL agree that prior to filing any lawsuit in any court arising out of or related in any way to the subject matter of this agreement, the parties shall have attempted not less than two (2) separate half-day or longer mediations conducted by Judicate West in Orange County, California. MAXIMUM LEGAL agrees to pay all reasonable mediator and facility fees incurred in connection with such mediation attempts.

In the event of discharge, Client's withdrawal, Client's failure to cooperate, or substitution of attorney, MAXIMUM LEGAL shall have a lien on any recovery of money for reasonable attorneys' fees and for cost advances, for the reasonable value of legal services based on the above percentage or an hourly rate of $650 per hour, whichever is higher. MAXIMUM LEGAL may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California.

**IN THE EVENT THERE IS NO RECOVERY, ATTORNEYS SHALL RECEIVE NO COMPENSATION FOR THEIR SERVICES.** This agreement contemplates no services after trial. This contract does not include or cover appeal(s), defenses, disputes with medical providers, reduction of liens, workers' compensation benefits, and social security or other government benefits. Client, whose signature appears below, acknowledges receipt of a copy of this Retainer for Legal Services and Power of Attorney.

**WARNING: A false claim may bring criminal penalties. WARNING: If you lose, you may be required to pay the other party's court costs and/or attorneys' fees.**

DATED: 6/8/17          CLIENT: _Elizabeth Cey_

DATED: 6/8/2017          MAXIMUM LEGAL HOLDINGS, LLC: _____

3

1

**<u>EXHIBIT 3</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Message 1 of 3

# Pineda funding docs

From:  Todd D Wakefield <t.wakefield@maximum-legal.com>

To:  Philip Layfield <p@maximumlegalservices.com>

Phil – Here are the docs that require wet signatures from you for the Pineda financing.

Todd D. Wakefield
CEO



E-mail: t.wakefield@maximum-legal.com

Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**Attachments:**

Layfield, Philip - Attorney Assignment Agreement.pdf (120 KB)

Message 2 of 3

# Re: Pineda funding docs

From:  Philip Layfield <p@maximumlegalservices.com>

To:  Todd D Wakefield <t.wakefield@maximum-legal.com>

Here is everything they asked for.  We should have someone focus today on getting all the proper sigs from the clients so we can close this out today.

**From:** Todd D Wakefield <t.wakefield@maximum-legal.com>
**Date:** Thursday, June 8, 2017 at 9:21 PM
**To:** Philip Layfield <p@maximumlegalservices.com>
**Subject:** Pineda funding docs

Phil – Here are the docs that require wet signatures from you for the Pineda financing.



Todd D. Wakefield
CEO

E-mail: t.wakefield@maximum-legal.com
Phone: (435) 602-4544 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (Utah), LLC • 2720 Homestead Road Suite 200 • Park City • UT • 84098
• United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**Attachments:**

phil's Driver license.pdf (2 MB)    USClaims executed by Phil.pdf (4 MB)

Message 3 of 3

**Sent at:** 6/9/2017 11:36:21 AM

# Re: Pineda funding docs

From:  Todd D Wakefield <t.wakefield@maximum-legal.com>
To:  Philip Layfield <p@maximumlegalservices.com>

Veronica has already been working on it. Probably done this morning.

Todd D. Wakefield, CEO
Maximum Legal, LLC
M: (435) 659-8752
O: (435) 602-4544

[Quoted text hidden]

1

**<u>EXHIBIT 4</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Message 1 of 1

**Sent at:** 6/9/2017 6:56:39 PM

# Philip Layfield

From:  Veronica Maravilla <v.maravilla@maximum-legal.com>
To:  Vince.Bucar <vbucar@usclaims.com>
Cc:  Philip Layfield <p@maximumlegalservices.com>, Todd D Wakefield <t.wakefield@maximum-legal.com>

Mr. Bucar,

Attached please find the executed Agreement for Legal Services from Daniel Cortez, Rosa Pineda, Adriana Blanco, and Elizabeth Edney. Please confirm receipt of this email and its attachments.

Thank you,

Veronica Maravilla
Head Paralegal


https://sa.maximum-legal.com/sa/images/maximum-legal.png

E-mail: v.maravilla@maximum-legal.com
Phone: (323) 524-9408 • Fax: (800) 644-9861 • www.maximum-legal.com

Maximum Legal (California), LLP • US Bank Tower, 633 West 5th Street, Suite 3300 • Los Angeles • CA • 90071 • United States

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails may not be screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet. Maximum Legal is a national law firm which operates through a number of professional firms and constituent entities (the Member Firms) located throughout the United States to provide legal and other client related professional services. The Member Firms are constituted and regulated in accordance with relevant local regulatory and legal requirements. The use of the name Maximum Legal is for description purposes only and does not imply that all Member Firms are in a partnership with, or are part of, Maximum Legal, LLC. The responsibility for the provision of services to the client is defined in the terms of the engagement between the Member Firm and the client.

**Attachments:**

Maximum Legal Rep Agreement from Adriana Blanco.pdf (341 KB)

Maximum Legal Rep Agreement from Elizabeth Edney.pdf (251 KB)

Maximum Legal Rep Agreement from Daniel Cortez.pdf (391 KB)

Maximum Legal Rep Agreement for Rosa Pineda.pdf (390 KB)