Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| PHILIP JAMES LAYFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD M. PACHULSKI; ADVANCED LEGAL CAPITAL, LLC; US CLAIMS OPCO, LLC; DRB CAPITAL, LLC,<br><br>Defendants. | Adv. No.: 2:18-ap-01315-NB<br><br>**STIPULATION TO SUSPEND RESPONSE AND PRE-TRIAL DEADLINES**<br><br>[No hearing required] |

Richard M. Pachulski (the "Chapter 11 Trustee" or the "Plaintiff"), defendant herein and the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC ("L&B"), and Wesley Avery, the duly appointed interim chapter 7 trustee herein (the "Chapter 7 Trustee" and, together with the Chapter 11 Trustee, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows in accordance with the following facts and recitals:

DOCS_LA:317716.2 51414/001

**RECITALS**

A. On August 3, 2017, petitioning creditors The Dominguez Firm ("TDF"), Mario Lara, Nayazi Reyes and Maria A. Rios (the "L&B Petitioning Creditors"), filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), against L&B, thereby commencing L&B's bankruptcy case in this Court (Case No.: 2:17-bk-19548-NB; the "L&B Case"). That same day, the L&B Petitioning Creditors filed an *Emergency Motion for Appointment of an Interim Trustee Under 11 U.S.C. § 303(g) and Granting Emergency Relief* [L&B Docket No. 3] (the "L&B Trustee Motion") in the L&B Case. In the L&B Trustee Motion, the L&B Petitioning Creditors asserted, among other allegations, that "[s]ettlement proceeds have not been distributed and may no longer exist, vendors and other creditors have not been paid and clients are effectively unrepresented in some 80 pending cases," and that, consequently, the appointment of a trustee is "essential to protect and preserve property of the … estate and to prevent concealment, waste, loss or conversion of the assets of the estate …." L&B Trustee Motion at 1.

B. In response to the L&B Trustee Motion, L&B filed a *Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)* on August 8, 2017 [L&B Docket No. 19] (the "L&B Conversion Motion"), seeking to convert the L&B Case to one under chapter 11 of the Bankruptcy Code. The Court entered orders granting the L&B Conversion Motion [L&B Docket No. 25], and denying the L&B Trustee Motion [L&B Docket No. 24].

C. On August 16, 2017, L&B, the L&B Petitioning Creditors, and secured creditor, Advocate Capital, Inc. entered into a *Stipulation for the Appointment of a Chapter 11 Trustee* [L&B Docket No. 38], which the Court approved by order on August 17, 2017 [L&B Docket No. 42].

D. On August 21, 2017, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee*, appointing Richard M. Pachulski as Chapter 11 Trustee in the L&B Case [L&B Docket No. 51]. Also on August 21, 2017, the UST filed an *Application for Order Approving Appointment of Chapter 11 Trustee* [L&B Docket No. 53], which application was granted by the Court's order entered the following day L&B [Docket No. 56].

E. On August 28, 2017, the Chapter 11 Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee* [L&B Docket No. 63].

2

DOCS_LA:317716.2 51414/001

F. On May 21, 2018, the Chapter 11 Trustee and two other creditors (the "Layfield Petitioning Creditors") filed an involuntary chapter 7 petition against Philip James Layfield, plaintiff herein ("Layfield"), in this Court [Docket No. 1], thereby commencing the above-captioned case (the "Case").

G. On May 23, 2018, Wellgen Standard, LLC, one of the Layfield Petitioning Creditors, filed *Wellgen Standard, LLC's Motion for Order Appointing an Interim Trustee Under 11 U.S.C. § 303(g)* [Docket No. 5] (the "Interim Trustee Motion"), seeking the appointment of an interim chapter 7 trustee in this Case. On May 30, 2018, this Court granted the Interim Trustee Motion and on June 8, 2018, the UST appointed the Chapter 7 Trustee in this Case.

H. On October 1, 2018, Layfield filed *Alleged Debtor Philip J. Layfield's Motion to Dismiss Involuntary Case* [Docket No. 48] (the "Motion to Dismiss"), seeking to dismiss this Case.

I. On October 11, 2018, Layfield filed a *Complaint for 1. Declaratory Relief; 2. Breach of the Covenant of Good Faith and Fair Dealing; 3. Interference with Contractual Relations; 4. Intentional Interference with Prospective Economic Advantage; and 5. Negligence* [AD Docket No. 1] (the "Complaint") against the Chapter 11 Trustee, Advanced Legal Capital, LLC, US Claims Opco, LLC, and DRB Capital, LLC, in the L&B Case, thereby commencing the above-captioned adversary proceeding (the "Proceeding").

J. On October 19, 2018, Layfield filed the *Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a)* [Docket No. 95] (the "Motion to Convert"), seeking to convert the Case to one under chapter 11 of the Bankruptcy Code.

K. Pursuant to sections 303(g), 323 and 363(b) of the Bankruptcy Code, Layfield presently lacks standing to prosecute the claims asserted in the Proceeding.

L. The Motion to Dismiss and Motion to Convert presently are scheduled to be heard by the Court on December 6, 2018, at 10:00 a.m.

M. Accordingly, in an effort to limit the needless expenditure of time and costs in connection with the Proceeding pending the Court's determination of the Motion to Dismiss and Motion to Convert and to further the interests of judicial economy, the Parties seek to suspend the

3

DOCS_LA:317716.2 51414/001

deadline to respond to the Complaint and other pre-trial deadlines in the Proceeding pending the dispositions of the Motion to Dismiss and Motion to Convert.

**NOW, THEREFORE,** the Parties hereby agree as follows:

### STIPULATION

1. The Parties incorporate the Recitals as set forth above, and such Recitals are made a material part hereof.

2. The deadline for the Chapter 11 Trustee and other defendants in the Proceeding to respond to the Complaint, as well as all other pre-trial deadlines in the Proceeding, are suspended pending the latter to be disposed of the Motion to Dismiss and Motion to Convert, and shall not be re-set except by order of the Court.

3. The initial status conference in the Proceeding, presently scheduled for December 18, 2018, at 11:00 a.m., shall remain on calendar in order to allow the Parties and the Court to discuss the status and continued prosecution of the Proceeding.

Dated: November 9, 2018     PACHULSKI STANG ZIEHL & JONES LLP

By    /s/Malhar S. Pagay
      Malhar S. Pagay
      Counsel for Defendant, Richard M. Pachulski,
      Chapter 11 Trustee of
      Layfield & Barrett, APC

Dated:   November 9, 2018     WEILAND GOLDEN GOORICH LLP

By    _____
      Jeffrey I. Golden
      Proposed Special Counsel for Wesley H.
      Avery, Interim Chapter 7 Trustee

4

DOCS_LA:317716.2 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO SUSPEND RESPONSE AND PRE-TRIAL DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 9, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 9, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip J. Layfield  
c/o Maximum Legal Holdings, LLC  
8 The Green, Suite 6426  
Dover, Delaware 19901

Jeffrey I. Golden  
Weiland Golden Goodrich LLP  
650 Town Center Drive, Suite 950  
Costa Mesa, CA 92626

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 9, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Email:**
Philip Layfield phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2018 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:317782.1 51414/002