JEFFREY S. WRUBLE (SBN: 94734)
jwruble@buchalter.com
WILLIAM S. BRODY (SBN: 136136)
wbrody@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
Tel:  (213) 891-0700
Fax:  (213) 896-0400

Attorneys for
US Claims Opco, LLC and DRB Capital, LLC,
Secured Creditors and Defendants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtors. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>Adv. Case No. 2:18-ap-01315-NB |
| PHILIP JAMES LAYFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD M. PACHULSKI; ADVANCED LEGAL CAPITAL, LLC; US CLAIMS OPCO, LLC; DRB CAPITAL, LLC,<br><br>Defendants. | **STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD RE EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**<br><br><u>Status Conference</u>:<br><br>Date:  December 18, 2018<br>Time:  11:00 a.m.<br>Ctrm.:  1545<br>    U.S. Bankruptcy Court<br>    255 E. Temple Street<br>    Los Angeles, CA 90017 |

Philip Layfield, the plaintiff ("Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") in the above-captioned bankruptcy case (the "Case"), and US Claims Opco, LLC ("USCO") and DRB Capital, LLC ("DRB" and collectively with USCO, "Defendants"), two named defendants in the Adversary Proceeding, through their respective counsel, hereby represent as follows:

1
BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD FOR ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**

BN 34652495v1

**RECITALS**

A. On October 11, 2018, Plaintiff filed the Complaint for 1. Declaratory Relief; 2. Breach of the Covenant of Good Faith and Fair Dealing; 3. Interference with Contractual Relations; 4. Intentional Interference with Prospective Economic Advantage; and 5. Negligence (the "Complaint") commencing the Adversary Proceeding.

B. The summons issued by the Court accompanying the Complaint provides the deadline by which Defendants are to file written responses to the Complaint as November 14, 2018 (the "Response Deadline").

C. Defendants and Plaintiff have had preliminary discussions regarding this matter and agree to extend the Response Deadline for approximately 30 days to December 14, 2018.

**STIPULATION**

Based upon the foregoing, the parties hereto stipulate and agree as follows:

1. The Response Deadline by which Defendants are to file written responses to the Complaint is extended to December 14, 2018 (the "Extension").

2. Defendants and Plaintiff agree to entry of an Order by the Court providing for the Extension.

3. The Extension is without prejudice to the right of either of Defendants to seek any further extensions of the Response Deadline. Defendants and Plaintiff reserve all rights and defenses.

DATED: November 12, 2018        BUCHALTER, A Professional Corporation

By:    /s/ Willam S. Brody
       WILLIAM S. BRODY
Attorneys for US Claims Opco, LLC
and DRB Capital, LLC, Secured Creditors

DATED: November 12, 2018

*Philip J. Layfield*

BUCHALTER
A Professional Corporation
Los Angeles

2

**STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD FOR ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**

BN 34652495v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Buchalter, A Professional Corporation, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*)l: **STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD RE EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/14/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 11/14/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip James Layfield  
c/o Maximum Legal Holdings, LLC  
8 The Green, Suite 6426  
Dover, DE 19901  

Lance S Strumpf  
Law Office of Lance S. Strumpf  
5136 Woodley Ave.  
Encino, CA 91436

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/14/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

OVERNIGHT MAIL:  
Honorable Neil W. Bason  
US Bankruptcy Court, Central  
Edward R. Roybal Federal Building and Courthouse  
255 E. Temple Street, Suite 1552 / Courtroom 1545  
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/14/18 | Debby Bodkin | /s/ Debby Bodkin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
BN 34652709V1

**F 9013-3.1.PROOF.SERVICE**