JEFFREY S. WRUBLE (SBN: 94734)
jwruble@buchalter.com
WILLIAM S. BRODY (SBN: 136136)
wbrody@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
Tel: (213) 891-0700
Fax: (213) 896-0400

Attorneys for US Claims Opco, LLC
and DRB Capital, LLC,
Secured Creditors and Defendants

**FILED & ENTERED**

**DEC 07 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　Debtors. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>Adv. Case No. 2:18-ap-01315-NB |
| PHILIP JAMES LAYFIELD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD PACHULSKI; ADVANCED LEGAL CAPITAL, LLC; US CLAIMS OPCO, LLC; DRB CAPITAL, LLC,<br><br>　　　　　　Defendants. | **ORDER APPROVING SECOND STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD RE EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**<br><br>Status Conference:<br><br>Date:　December 18, 2018<br>Time:　11:00 a.m.<br>Ctrm.:　1545<br>　　　　U.S. Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90017 |

BN 34652511v1

1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**ORDER APPROVING SECOND STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD FOR ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**

BN 34828256v1

The Court has reviewed the Second Stipulation by Defendants US Claims Opco, LLC and DRB Capital, LLC and Plaintiff Philip Layfield Re Extension of Time to File Responses to Complaint (the "Stipulation") between Philip Layfield, the plaintiff ("Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") in the above-captioned bankruptcy case (the "Case"), and US Claims Opco, LLC ("USCO") and DRB Capital, LLC ("DRB" and collectively with USCO, "Defendants"), two named defendants in the Adversary Proceeding. For good cause appearing,

**IT IS ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the deadline by which Defendants are to file written responses to the Complaint for 1. Declaratory Relief; 2. Breach of the Covenant of Good Faith and Fair Dealing; 3. Interference with Contractual Relations; 4. Intentional Interference with Prospective Economic Advantage; and 5. Negligence (the "Complaint") commencing the Adversary Proceeding, as well as all other pre-trial deadlines in the Adversary Proceeding, are suspended and shall not be re-set except by order of the Court (the "Extension"); and

**IT IS FINALLY ORDERED** that the Extension is without prejudice to the right of either of Defendants to seek further extensions of the Response Deadline.

###

Date: December 7, 2018

_____
Neil W. Bason
United States Bankruptcy Judge

BN 34652511v1

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**ORDER APPROVING SECOND STIPULATION BY DEFENDANTS US CLAIMS OPCO, LLC AND DRB CAPITAL, LLC AND PLAINTIFF PHILIP LAYFIELD FOR ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSES TO COMPLAINT**

BN 34828256v1