Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
    mpagay@pszjlaw.com

Attorneys for Defendant Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

**FILED & ENTERED**

**APR 04 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | |
| PHILIP JAMES LAYFIELD, | Adv. No.: 2:18-ap-01315-NB |
| Plaintiff, | **ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE** |
| vs. | Status Conference: |
| RICHARD M. PACHULSKI; ADVANCED LEGAL CAPITAL, LLC; US CLAIMS OPCO, LLC; DRB CAPITAL, LLC, | Date: March 26, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 1545<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| Defendants. | Judge: Honorable Neil Bason |

The Court, having conducted a status conference in the above-captioned adversary proceeding on March 26, 2019 at 2:00 p.m., and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned adversary proceeding is dismissed with prejudice. Pursuant to the Court's tentative ruling on March 26, 2019, attached hereto as

DOCS_LA:321016.1 51414/001

**Exhibit "A"** and incorporated by reference herein are the Court's tentative rulings for the December 18, 2018, and March 26, 2019 status conferences held in this matter.

####

Date: April 4, 2019

_____
Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:321016.1 51414/001

# EXHIBIT A

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, December 18, 2018**      Hearing Room    **1545**

**11:00 AM**
**2:17-19548    Layfield & Barrett, APC**      **Chapter 11**
Adv#: 2:18-01315    Layfield v. Pachulski et al

  **#6.00**    Status Conference Re: Complaint for (1) Declaratory Relief;
(2) Breach of the Covenant of Good Faith and Fair Dealing;
(3) Interference with Contractual Relations; (4) Intentional
Interference with Prospective Economic Advantage; and
(5) Negligence

                       Docket    1

**Tentative Ruling:**

Continue to 3/26/19 at 2:00 p.m.  <u>Appearances are not required</u> on 12/18/18.

<u>Reasons</u>:
        The plaintiff, Philip James Layfield, lacks standing, as recognized in the stipulation (adv. dkt. 3) between (a) Wesley Avery, the Chapter 7 Trustee in the invididual (involuntary) bankruptcy case of Mr. Layfield, and (b) defendant Richard M. Pachulski, the Chapter 11 Trustee in the bankruptcy case of Layfield & Barrett, APC.  *See* adv. dkt. 3, Recital "K," and adv. dkt. 4 (order approving stipulation).  Although Mr. Layfield has filed papers requesting dismissal of his bankruptcy case, and numerous other things, this Court has denied his requests.
        Meanwhile, all deadlines including the time to file any answer or other pleading have been extended indefinitely as to two other defendants, US Claims Opco, LLC ("USCO") and DRB Capital ("DRB"), by stipulation (adv. dkt. 13) and order thereon (adv. dkt. 15).  The last defendant, Advanced Legal Capital, LLC ("Advanced") has filed an answer (adv. dkt. 5) that includes a prayer for a judgment of dismissal, an award of its attorney fees and costs, and sanctions and other remedies.
        In view of possible appeals by Mr. Layfield, or any other avenues by which he may attempt to gain standing, it appears to be premature for this Court to hold any Status Conference in this adversary proceeding at this time.  In addition, both because Mr. Layfield may not have exhausted his remedies, and because sanctions usually must be sought by separate motion (*see, e.g.,* Rule 9011(c)(1)(A), Fed. R. Bankr. P.), it appears premature to address any sanctions issues at this time.

# United States Bankruptcy Court
## Central District of California
Los Angeles
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, December 18, 2018**　　　　　　　　　　　　　　　　　　　**Hearing Room**　**1545**

**11:00 AM**
**CONT...**　　**Layfield & Barrett, APC**　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

| Party Information |
|---|

**Debtor(s):**

　　Layfield & Barrett, APC　　　　　　　　　　Pro Se

**Defendant(s):**

　　DRB Capital, LLC　　　　　　　　　　　　Pro Se

　　US Claims Opco, LLC　　　　　　　　　　Pro Se

　　Advanced Legal Capital, LLC　　　　　　　Pro Se

　　Richard M. Pachulski　　　　　　　　　　Pro Se

**Plaintiff(s):**

　　Philip James Layfield　　　　　　　　　　Pro Se

**Trustee(s):**

　　Richard  Pachulski (TR)　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Malhar S Pagay
　　　　　　　　　　　　　　　　　　　　　　　　James KT Hunter

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, March 26, 2019**      Hearing Room    **1545**

**2:00 PM**
**2:17-19548**  **Layfield & Barrett, APC**      **Chapter 11**
Adv#: 2:18-01315    Layfield v. Pachulski et al

  **#6.00**   Cont'd status Conference Re: Complaint for (1) Declaratory Relief;
(2) Breach of the Covenant of Good Faith and Fair Dealing;
(3) Interference with Contractual Relations; (4) Intentional
Interference with Prospective Economic Advantage; and
(5) Negligence
fr. 12/18/18

                           Docket     1

**Tentative Ruling:**

  **Tentative Ruling for 3/26/19:**
Dismiss this adversary with prejudice because Mr. Layfield lacks standing.
*See* Tentative Ruling for 12/18/18 (reproduced below). <u>Appearances are not required</u>.

*Proposed order:* Defendant Richard M. Pachulski, the Chapter 11 Trustee in this case, is directed to lodge a proposed order via LOU within 7 days after the hearing date, and attach a copy of this tentative ruling (including the Tentative Ruling for 12/18/18), thereby incorporating it as this Court's final ruling. *See* LBR 9021-1(b)(1)(B).

If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

**Tentative Ruling for 12/18/18:**
Continue to 3/26/19 at 2:00 p.m. <u>Appearances are not required</u> on 12/18/18.

<u>Reasons</u>:
      The plaintiff, Philip James Layfield, lacks standing, as recognized in

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, March 26, 2019**                                                           **Hearing Room**     **1545**

<u>2:00 PM</u>
**CONT...**      **Layfield & Barrett, APC**                                               **Chapter 11**

the stipulation (adv. dkt. 3) between (a) Wesley Avery, the Chapter 7 Trustee in the invididual (involuntary) bankruptcy case of Mr. Layfield, and (b) defendant Richard M. Pachulski, the Chapter 11 Trustee in the bankruptcy case of Layfield & Barrett, APC. *See* adv. dkt. 3, Recital "K," and adv. dkt. 4 (order approving stipulation). Although Mr. Layfield has filed papers requesting dismissal of his bankruptcy case, and numerous other things, this Court has denied his requests.

Meanwhile, all deadlines including the time to file any answer or other pleading have been extended indefinitely as to two other defendants, US Claims Opco, LLC ("USCO") and DRB Capital ("DRB"), by stipulation (adv. dkt. 13) and order thereon (adv. dkt. 15). The last defendant, Advanced Legal Capital, LLC ("Advanced") has filed an answer (adv. dkt. 5) that includes a prayer for a judgment of dismissal, an award of its attorney fees and costs, and sanctions and other remedies.

In view of possible appeals by Mr. Layfield, or any other avenues by which he may attempt to gain standing, it appears to be premature for this Court to hold any Status Conference in this adversary proceeding at this time. In addition, both because Mr. Layfield may not have exhausted his remedies, and because sanctions usually must be sought by separate motion (*see, e.g.,* Rule 9011(c)(1)(A), Fed. R. Bankr. P.), it appears premature to address any sanctions issues at this time.

If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

| Party Information |
|---|

**Debtor(s):**

    Layfield & Barrett, APC                              Pro Se

**Defendant(s):**

    Richard M. Pachulski                             Pro Se

    Advanced Legal Capital, LLC                   Pro Se

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, March 26, 2019**　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room   1545**

2:00 PM
**CONT...**　　　**Layfield & Barrett, APC**　　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

　　　US Claims Opco, LLC　　　　　Pro Se

　　　DRB Capital, LLC　　　　　　　Pro Se

**Plaintiff(s):**

　　　Philip James Layfield　　　　　Pro Se

**Trustee(s):**

　　　Richard Pachulski (TR)　　　　Represented By
　　　　　　　　　　　　　　　　　　　Malhar S Pagay
　　　　　　　　　　　　　　　　　　　James KT Hunter